# In the United States Court of Federal Claims

No. 05-448C

(E-Filed: April 13, 2005)

RAYTHEON COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it plaintiff Raytheon Company's Complaint, filed April 5, 2005. Rule 7.1 of the Rules of the United States Court of Federal Claims (RCFC) requires "[a] nongovernmental corporate party to an action . . . in this court [to] file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation." RCFC 7.1(a). Rule 7.1 specifies that such a filing must be made "with [the party's] first appearance, pleading, petition, motion, response, or other request addressed to the court." RCFC 7.1(b)(1).

In light of the fact that, to date, plaintiff has filed no Rule 7.1(a) statement, plaintiff shall, on or before Friday, April 22, 2005, file a disclosure statement in accordance with RCFC 7.1(a).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge