IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-448C |
| UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Rules of the United States Court of Federal Claims (RCFC), and as directed by the Court's Order of April 13, 2005, plaintiff Raytheon Company states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/Karen L. Manos
Karen L. Manos
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone (202) 383-7472
Facsimile (202) 383-6610

Attorney of Record for
RAYTHEON COMPANY

Of Counsel:

Gregory S. Seador
R. William Sigler
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone (202) 783-0800

Dated: April 13, 2005