IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VIACOM, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 01-79C |
| UNITED STATES OF AMERICA, | ) Judge Nancy B. Firestone |
| Defendant. | ) |

**NOTICE OF INDIRECTLY-RELATED CASE**

In accordance with Rule 40.2(b) of the Rules of the United States Court of Federal Claims, Raytheon Company hereby gives notice of the following indirectly-related case, currently assigned to Judge Emily C. Hewitt: *Raytheon Company v. United States*, No. 05-448C.

The Complaint in the *Raytheon* case seeks judgment upon four Contract Disputes Act claims arising out of Raytheon's sales of four segments. The claims were asserted in accordance with Cost Accounting Standard ("CAS") 413-50(c)(12), 48 C.F.R. § 9904.413-50(c)(12), as amended in 1995. All of the sales occurred after the revised CAS 413 took effect, and all involved segments with pension deficits. The Complaint filed by Raytheon presents issues of fact and regulatory interpretation in common with the pending case of *Viacom, Inc. v. United States*, No. 01-79C, and transfer or assignment to the same Judge would significantly promote the efficient administration of justice.

Respectfully submitted,

_//s// Karen L. Manos___________

Karen L. Manos
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone (202) 383-7472
Facsimile (202) 383-6610

Attorney of Record for
RAYTHEON COMPANY

Of Counsel:

Gregory S. Seador
R. William Sigler
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone (202) 783-0800

Dated: May 13, 2005

Certificate of Service

I certify that caused to be served the foregoing Notice of Indirectly-Related Case (which was filed electronically in Docket No. 05-448C and with the Clerk of the Court in Docket No. 01-79C) this 13th day of May 2005 by regular U.S. mail, first class postage prepaid, upon counsel listed below:

**Counsel for Viacom, Inc.**
Thomas A. Lemmer, Esq.
McKenna, Long & Aldridge, LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

**Counsel for the United States**
C. Coleman Bird, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

___//s// Karen L. Manos_________
Karen L. Manos