**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Hewitt)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States of America, respectfully requests an enlargement of time of 45 days (to and including July 21, 2005) within which to respond to plaintiff's Complaint, filed April 5, 2005). Absent the requested enlargement, defendant would be required to respond to the Complaint on or before June 6, 2005. RCFC 12(a). This is defendant's first request for an enlargement of time for this purpose. On May 26, 2005, undersigned counsel for defendant discussed this motion with Karen L. Manos, Esq., counsel for plaintiff, who stated that plaintiff would not oppose defendant's motion.

The grounds for the motion are that the agency has not yet been able to complete its required litigation report regarding this matter. The agency's litigation report is expected no later than June 10, 2005. The requested enlargement is needed in order to allow an adequate opportunity for defendant to review the agency's litigation report, consider the allegations in plaintiff's Complaint, and prepare an appropriate response. Plaintiff's Complaint raises a

number of complicated legal and factual issues regarding the proper interpretation and application of Cost Accounting Standard 413 to the transactions at issue in this case.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: June 1, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 1st day of June, 2005, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird