# In the United States Court of Federal Claims

No. 05-448C

(E-Filed: June 6, 2005)

| | |
|---|---|
| RAYTHEON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff Raytheon Company's Notice of Indirectly-Related Case, filed pursuant to RCFC 40.2(b)(2) in Viacom, Inc. v. United States, No. 01-79C, on May 13, 2005, and the Response thereto, filed by defendant United States on May 26, 2005. The parties agree that the assignment of Raytheon Co. v. United States, No. 05-448C, and Viacom, No. 01-79C, to the same judge would "promote the efficient administration of justice." RCFC 40.2(b)(1).

The judges having met pursuant to RCFC 40.2(b)(3) and Judge Hewitt having agreed to assign and Judge Firestone having agreed to accept the assignment of the case, Raytheon Co., No. 05-448C, is hereby transferred to Judge Firestone. A copy of this order shall be transmitted to counsel in Viacom, Inc., No. 01-79C.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge