**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 15 days, to and including August 5, 2005, within which to respond to plaintiff's complaint. Absent the requested enlargement, defendant would be required to respond to the complaint on or before July 21, 2005. RCFC 12(a). This is our second request for an enlargement of time for this purpose. On July 15, 2005, undersigned counsel for defendant discussed this motion with Karen L. Manos, Esq., counsel for plaintiff, who stated that plaintiff would not oppose this motion.

The requested enlargement is needed in order to allow an adequate opportunity for defendant to review the agency's litigation report, to consider the allegations in plaintiff's complaint, and to file an appropriate response. Plaintiff's complaint alleges a number of complicated legal and factual issues regarding the proper interpretation and application of Cost Accounting Standard 413 to the transactions at issue in this case. Although the undersigned has preliminarily discussed the complaint with agency counsel, he has neither had the opportunity to discuss with agency counsel the substantive content of the Government's response, nor received from the agency its comments upon our responsive filing. Granting the proposed enlargement

will afford agency counsel and the undersigned the time necessary to properly respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant our unopposed motion and enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant,
United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: July 21, 2005

## CERTIFICATE OF FILING

I hereby certify that on the 21st day of July, 2005, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington