# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: July 26, 2005)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed July 21, 2005, for a 15-days enlargement of time, within which to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Friday, August 5, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge