**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**JOINT MOTION**
**<u>FOR ENLARGEMENT OF TIME</u>**

Pursuant to RCFC 6(b) and 6.1, plaintiff, Raytheon Company, and defendant, the United States, respectfully request an enlargement of time of 15 days (to and including October 11, 2005) within which they may submit their Joint Preliminary Status Report. Absent the requested enlargement, the parties' Joint Preliminary Status Report would be due on or before September 26, 2005. RCFC Appendix A, ¶ 4. This is the parties' first request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to discuss the contents of their Joint Preliminary Status Report, and prepare a Joint Preliminary Status Report that would be of assistance to the Court in determining the course of future proceedings in this case. Unfortunately, due to the requirements of other cases pending in this Court, the parties have not been able to complete the preparation of their Joint Preliminary Status Report by the current due date (September 26, 2005).

For the foregoing reasons, the parties respectfully request that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

s/ Karen L. Manos
KAREN L. MANOS
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202.383.7472
Facsimile: 202.383.6610

Attorney for Plaintiff Raytheon Company

Dated: September 26, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 26th day of September, 2005, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird