# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: September 28, 2005)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed September 26, 2005, for a 15-day enlargement of time within which to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file their joint preliminary status report by **Tuesday, October 11, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge