# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: October 19, 2005)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

## O R D E R

The Joint Preliminary Status Conference is **SCHEDULED** for **Friday, October 28, 2005 at 10:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 383-7472; counsel for defendant at (202) 307-0453. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge