# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: October 28, 2005)**

* * * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the Joint Preliminary Status Conference on October 28, 2005, and the Joint Preliminary Status Report, which identifies the issues subject to discovery, the court orders the following discovery schedule:

**January 17, 2006** Parties shall serve initial written discovery requests.

**March 17, 2006** Parties shall file a joint status report proposing a date for the close of discovery.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge