**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**JOINT MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, plaintiff, Raytheon Company, and defendant, the United States, jointly and respectfully request an enlargement of time of 30 days (to and including February 16, 2006) within which each party may serve its initial written discovery requests. Absent the requested enlargement, the parties would be required to serve their initial written discovery requests no later than January 17, 2006. *See* Scheduling Order dated October 28, 2005. This is the parties' first request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to prepare their initial written discovery requests. Due to the requirements of other cases pending before this court, neither party will be able to complete the preparation of its initial written discovery requests by the current due date (January 17). Further, it does not appear that grant of the requested enlargement would interfere with the parties' ability to file a joint status report by March 17, 2006, proposing a date for the close of discovery, as required by the Court's October 28 Scheduling Order.

For the foregoing reasons, the parties respectfully request that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

s/ Karen L. Manos
KAREN L. MANOS
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202.383.7472
Facsimile: 202.383.6610

Attorney for Plaintiff Raytheon Company

Dated: January 13, 2006

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of January, 2006, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird