# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: January 18, 2006)**

* * * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

## ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME

The parties' joint motion, filed January 13, 2006, for a 30-day enlargement of time for each party to serve its initial written discovery requests is **GRANTED**. Accordingly, the discovery schedule is amended as follows:

**February 16, 2006** Parties shall serve initial written discovery requests.

**March 17, 2006** Parties shall file a joint status report proposing a date for the close of discovery.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge