**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-488C** |
| | ) | **Judge Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE of the following new address for Plaintiff's counsel of record in this action. Service of all papers upon Plaintiff should be made to:

Karen L. Manos
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 955-8536 (Phone)
(202) 530-9533 (Facsimile)

Respectfully submitted,

Date: January 30, 2006

_______//s//________________

Karen L. Manos
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2006 a copy of the foregoing Notice of Change of Address was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______//s//_______________________
Karen L. Manos

Change of Address.doc