**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**DEFENDANT'S MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 11 days (to and including February 27, 2006) within which defendant may serve its initial written discovery requests. Absent the requested enlargement, defendant would be required to serve its initial written discovery requests no later than February 16, 2006. *See* Order on Joint Motion for Enlargement of Time, dated January 18, 2006. This is defendant's first separate request for an enlargement of time for this purpose, the Court having granted the parties' joint motion for an enlargement of 30 days in its January 18, 2006 Order. On February 15, 2006, undersigned counsel for defendant discussed this motion with Karen L. Manos, Esq., counsel for plaintiff, who stated that plaintiff would not oppose defendant's motion.

The requested enlargement is needed in order to allow defendant an adequate opportunity to complete the preparation of defendant's initial written discovery requests. Because undersigned counsel for defendant was out of the office due to illness from February 7 through 13, it will not be possible to serve these requests by the current due date (February 16). The brief enlargement of time requested (11 days) will give defendant the opportunity to prepare and serve these initial discovery requests. Further, it does not appear that grant of the requested

enlargement would interfere with the parties' ability to file by March 17, 2006, their joint status report proposing a date for the close of discovery, as the Court directed in its January 18, 2006 Order.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: February 16, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of February, 2006, a copy of the foregoing Defendant's Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird