# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: February 21, 2006)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed February 16, 2006, for an 11-day enlargement of time within which defendant may serve its initial written discovery requests is **GRANTED**. Accordingly, the defendant shall serve its initial written discovery requests by **Monday, February 27, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge