**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**MOTION FOR LEAVE TO FILE**
**JOINT STATUS REPORT OUT OF TIME**

Plaintiff, Raytheon Company, and defendant, the United States, jointly and respectfully request that the Court grant leave to file their Joint Status Report out of time. The parties' Joint Status Report is attached to this motion.

By Order dated October 28, 2005, the Court directed the parties to file a joint status report on or before March 17, 2006, proposing a date for the close of discovery. On March 10, 2006, the parties conferred and agreed upon the dates to propose to the Court for the close of discovery. Undersigned counsel for defendant undertook to draft the parties' Joint Status Report, and sent a proposed draft to plaintiff's counsel by electronic mail that same day. Unfortunately, plaintiff's counsel did not receive the draft, because counsel for defendant's electronic mail message had a faulty address. Because no indication was received that the erroneously-addressed electronic mail message had not been delivered, the error was not discovered until March 24, 2006, when plaintiff's counsel inquired about the status of the joint status report. The parties have agreed upon the language of their Joint Status Report, which is attached. The parties regret any inconvenience to the Court caused by their delay in filing their Joint Status Report.

For the foregoing reasons, the parties jointly and respectfully request that the Court grant leave to file the attached Joint Status Report.

Respectfully submitted,

s/ Karen L. Manos
KAREN L. MANOS
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8536 (Phone)
(202) 530-9533 (Facsimile)

Attorney for Plaintiff Raytheon Company

Dated: March 24, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

**CERTIFICATE OF FILING**

I hereby certify that on the 24th day of March, 2006, a copy of the foregoing Motion for Leave to File Joint Status Report Out of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird