**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**JOINT STATUS REPORT**

As directed by the Court's Order dated October 28, 2005, plaintiff, Raytheon Company, and defendant, the United States, jointly and respectfully submit the following joint status report.

The parties have conferred, and propose the following schedule for the Court's consideration:

| | |
|---|---|
| October 13, 2006 | Close of fact discovery |
| December 8, 2006 | Deadline for submission of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| January 26, 2007 | Close of expert discovery |
| February 6, 2007 | Parties to file a joint status report regarding the next steps in the litigation |

In addition, pursuant to RCFC 29, the parties have stipulated and agreed that (i) defendant shall serve its responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, served by mail on February 16, 2006 and sent by electronic mail on February 21, 2006, on or before May 1, 2006, and (ii) plaintiff shall serve its responses to

Defendant's First Set of Interrogatories and Requests for Production of Documents, served by mail on February 24, 2006 and sent by facsimile that same day, on or before May 4, 2006.

Respectfully submitted,

s/ Karen L. Manos
KAREN L. MANOS
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8536 (Phone)
(202) 530-9533 (Facsimile)

Attorney for Plaintiff Raytheon Company

Dated: March 24, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

**CERTIFICATE OF FILING**

I hereby certify that on the 24th day of March, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird