# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: March 29, 2006)**

* * * * * * * * * * * * * * * * * * * * *
**RAYTHEON COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the parties' joint motion, filed March 24, 2006, for leave to file out of time the parties' joint status report, which was filed as an attachment to the parties' motion. The parties' motion for leave is **GRANTED**. In addition, the parties' joint status report, as attached to the motion, is deemed filed by my leave.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge