# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: March 29, 2006)**

* * * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the parties' joint status report in which the parties propose a discovery schedule. The court adopts the proposed schedule. Accordingly, the discovery deadlines are as follow:

| | |
|---|---|
| **October 13, 2006** | Close of Fact Discovery |
| **December 8, 2006** | Deadline for submissions of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| **January 26, 2007** | Close of Expert Discovery |
| **February 6, 2007** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge