**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Nancy B. Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the Court of Federal Claims, Plaintiff, Raytheon Company, respectfully requests that the Court enter the accompanying proposed protective order in the above-captioned case. Counsel for the United States has reviewed this motion and the proposed protective order, and has authorized counsel for Raytheon to represent to this Court that defendant consents to this motion.

In support of this motion, counsel for Raytheon and the Government agree that some of the documents and oral representations that may be produced, cited, and quoted by the parties to this Court in connection with this matter contain proprietary, privileged, or otherwise confidential information. The proposed protective order (attached at Exhibit A) would provide for the safeguarding of such potentially confidential, proprietary, privileged, or trade secret information.

Raytheon Company respectfully requests that this motion for protective order be granted and the accompanying protective order be entered.

Dated: July 10, 2006

Karen L. Manos
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiff
RAYTHEON COMPANY

OF COUNSEL:

Christyne K. Brennan, Esq.

CERTIFICATE OF SERVICE

I certify that on the 10th day of July 2006, I caused to be served a copy of the foregoing Plaintiff's Unopposed Motion for Protective Order by electronic filing and electronic mail to:

C. Coleman Bird, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20005

Christyne K. Brennan