# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: July 13, 2006)**

* * * * * * * * * * * * * * * * * * * * *
**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The plaintiff's unopposed motion, filed July 10, 2006, requesting entry of the protective order is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge