**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **Judge Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO COMPLETE LIMITED FACT DISCOVERY**

Pursuant to Rule 6.1 of the Rules of this Court, Plaintiff Raytheon Company ("Raytheon"), respectfully requests an enlargement of time within which to conduct depositions of the following government fact witnesses: John McKenna, Ron Dyer and Seay Anne Sheley. Currently, fact discovery is scheduled to be completed on October 13, 2006. The requested enlargement would enlarge the time to complete such limited fact discovery until November 1, 2006, or otherwise until the completion of the depositions of John McKenna, Ron Dyer and Seay Anne Sheley. This is Raytheon's first request for enlargement of time within which to complete limited fact discovery, and Raytheon requests this enlargement for the reasons set forth below.

By letter dated September 13, 2006, Raytheon advised counsel for the Defendant that it intended to take the depositions of John McKenna, Ron Dyer and Seay Anne Sheley in the above-captioned case and requested that the parties schedule these depositions for the week of September 25-29, 2006 in Washington, DC. *See* Exhibit A. In this same letter, Raytheon requested that Defendant confirm the deponents' availability, or otherwise, propose alternative dates for these depositions. *Id.* Thereafter, Raytheon received no response from Defendant, and on September 19, 2006, Raytheon requested that Defendant respond regarding its availability

during the week of September 25-29, 2006 for these depositions. *See* Exhibit B. Defendant responded on September 19, 2006 and stated that "[t]he depositions cannot go forward next week. We are attempting to find dates when counsel and witnesses are available and hope to propose a schedule for these depositions shortly." *See* Exhibit C. Contrary to Defendant's September 19, 2006 response, Raytheon did not receive proposed deposition dates from Defendant "shortly." Therefore, on September 25, 2006, Raytheon requested that Defendant provide available dates for the depositions by September 26, 2006 so that the parties could coordinate their schedules and confirm deposition dates. *See* Exhibit D. Raytheon received no response from Defendant, and on September 29, 2006, Raytheon requested that Defendant call to discuss the depositions on that same day. *See* Exhibit E. On the afternoon of September 29, 2006, Raytheon received a call from counsel in Defendant's office stating that counsel for the Defendant was out of the office, but it was his understanding that Defendant would contact Raytheon on October 2, 2006 with proposed dates. *See* Exhibit F. Defendant failed to respond or provide proposed deposition dates on October 2, 2006. Accordingly, on October 3, 2006, Raytheon requested that Defendant provide proposed dates before 5:00 p.m. that same day. *Id.*.

On October 3, 2006, Defendant ultimately provided proposed dates of October 24, 2006 for the deposition of John McKenna in Staten Island, New York and October 26, 2006 for the depositions of Ron Dyer and Seay Anne Shelly in Lexington, Massachusetts. *See* Exhibit G. Thereafter, Plaintiff advised Defendant, as stated in its September 13, 2006 correspondence, that it expects to conduct these depositions over a period of three days, not two. *See* Exhibits A and H. Defendant responded on October 5, 2006, and stated that it was "exploring whether funds are available for Mr. McKenna to come to Boston to be deposed" and if so, it "could schedule the depositions on three consecutive days that week. We will let you know." *See* Exhibit I.

Raytheon received no further information from Defendant regarding the proposed deposition dates, and on October 9, 2006, Raytheon advised Defendant that while Defendant was confirming funding and witness availability, Raytheon had certain conflicts with the proposed dates. *Id.* Thereafter, on October 10, 2006, Raytheon proposed to Defendant that the parties schedule the depositions on October 30 and 31, and November 1, 2006 (*See* Exhibit J) and forwarded notices of deposition to Defendant stating the same (*See* Exhibit K).

While Defendant has failed to timely respond and cooperate regarding the scheduling of depositions, Defendant currently appears to be attempting to schedule mutually convenient deposition dates. Notwithstanding, such proposed deposition dates are outside the current fact discovery deadline. Therefore, Plaintiff requests this enlargement of time for fact discovery for the limited purpose of conducting the depositions of John McKenna, Ron Dyer and Seay Anne Sheley, which Plaintiff anticipates will be completed on November 1, 2006 under its proposed deposition schedule. In the event that such depositions are not completed before November 1, 2006, Plaintiff requests that the Court enlarge the time for limited fact discovery until the completion of the depositions of John McKenna, Ron Dyer and Seay Anne Sheley.

For these reasons, Plaintiff Raytheon Company requests that the Court grant its motion for enlargement of time to complete limited fact discovery. On October 10, 2006, Raytheon requested that Defendant advise whether it consents to the relief sought in this motion, and Defendant responded that it did not consent to the proposed enlargement of time.

Respectfully submitted,

Date: October 11, 2006

s/Karen L. Manos
Karen L. Manos, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan, Esq.
GIBSON, DUNN & CRUTCHER LLP

**CERTIFICATE OF SERVICE**

I certify that caused to be served the foregoing this 11th day of October, 2006, by electronic filing, facsimile, and first class mail upon Defendant's counsel listed below:

**Counsel for the United States**
C. Coleman Bird, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

s/Christyne K. Brennan
Christyne K. Brennan

100086966_1.DOC