GIBSON, DUNN & CRUTCHER LLP
LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com
kmanos@gibsondunn.com

September 13, 2006

Direct Dial
(202) 955-8536
Fax No.
(202) 530-9533

Client Matter No.
C 74209-00023

VIA ELECTRONIC CORRESPONDENCE
AND FIRST CLASS MAIL

C. Coleman Bird, Esq.
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch / Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Raytheon Company v. United States, Court of Federal Claims, Case No. 05-448C*

Dear Coleman:

Raytheon Company intends to take the depositions of John McKenna, Ron Dyer and Seay Anne Sheley in the above-referenced matter and would like to schedule their depositions for the week of September 25-29, 2006. Please advise by Wednesday, September 13, 2006, whether you and the witnesses are available for depositions that week in Washington, DC. If you are unable to have the depositions during the week of September 25 – 29, please propose alternative dates. We expect to conduct these depositions over a period of three days. Thank you.

Sincerely,

Karen L. Manos
Christyne K. Brennan

EXHIBIT
A