**Brennan, Christyne K.**

---

**From:** Brennan, Christyne K.
**Sent:** Tuesday, September 19, 2006 9:29 AM
**To:** 'Coleman.Bird@usdoj.gov'
**Cc:** Manos, Karen L.
**Subject:** Raytheon v. U.S.

Coleman -

Per my voicemail, please give me a call today to discuss scheduling the depositions of John McKenna, Ron Dyer and Seay Anne Sheley in the above-referenced matter. As stated in our letter dated September 13, 2006, we would like to schedule these depositions for the week of September 25-29, 2006. We also asked that you advise whether you and the witnesses are available for depositions that week in Washington, DC, however, to date, we have not received a response. Therefore, please let me know the availability of the witnesses for next week so that we can timely schedule their depositions. Thank you.

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com



EXHIBIT
B