**Brennan, Christyne K.**

**From:** Coleman.Bird@usdoj.gov
**Sent:** Tuesday, September 19, 2006 6:20 PM
**To:** Brennan, Christyne K.; Manos, Karen L.
**Cc:** Lawrence.Rabyne@dcma.mil
**Subject:** RE: Raytheon v. U.S.

The depositions cannot go forward next week. We are attempting to find dates when counsel and witnesses are available and hope to propose a schedule for these depositions shortly.

-----Original Message-----
From: CBrennan@gibsondunn.com [mailto:CBrennan@gibsondunn.com]
Sent: Tuesday, September 19, 2006 9:29 AM
To: Bird, Coleman (CIV)
Cc: KManos@gibsondunn.com
Subject: Raytheon v. U.S.

Coleman -

Per my voicemail, please give me a call today to discuss scheduling the depositions of John McKenna, Ron Dyer and Seay Anne Sheley in the above-referenced matter. As stated in our letter dated September 13, 2006, we would like to schedule these depositions for the week of September 25-29, 2006. We also asked that you advise whether you and the witnesses are available for depositions that week in Washington, DC, however, to date, we have not received a response. Therefore, please let me know the availability of the witnesses for next week so that we can timely schedule their depositions. Thank you.

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com

==============================================================================

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

==============================================================================



EXHIBIT
C