**Brennan, Christyne K.**

**From:** Brennan, Christyne K.
**Sent:** Monday, September 25, 2006 12:58 PM
**To:** Coleman.Bird@usdoj.gov
**Cc:** Lawrence.Rabyne@dcma.mil; Manos, Karen L.
**Subject:** RE: Raytheon v. U.S.

Coleman -
As a follow-up to your email of last week, please provide available dates for the depositions of John McKenna, Ron Dyer and Seay Anne Sheley by tomorrow so that we can coordinate schedules and confirm deposition dates.

Christyne

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com

-----Original Message-----
From: Coleman.Bird@usdoj.gov [mailto:Coleman.Bird@usdoj.gov]
Sent: Tuesday, September 19, 2006 6:20 PM
To: Brennan, Christyne K.; Manos, Karen L.
Cc: Lawrence.Rabyne@dcma.mil
Subject: RE: Raytheon v. U.S.

The depositions cannot go forward next week. We are attempting to find dates when counsel and witnesses are available and hope to propose a schedule for these depositions shortly.

-----Original Message-----
From: CBrennan@gibsondunn.com [mailto:CBrennan@gibsondunn.com]
Sent: Tuesday, September 19, 2006 9:29 AM
To: Bird, Coleman (CIV)
Cc: KManos@gibsondunn.com
Subject: Raytheon v. U.S.

Coleman -

Per my voicemail, please give me a call today to discuss scheduling the depositions of John McKenna, Ron Dyer and Seay Anne Sheley in the above-referenced matter. As stated in our letter dated September 13, 2006, we would like to schedule these depositions for the week of September 25-29, 2006. We also asked that you advise whether you and the witnesses are available for depositions that week in Washington, DC, however, to date, we have not received a response. Therefore, please let me know the availability of the witnesses for next week so that we can timely schedule their depositions. Thank you.

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com

==============================================================================

This message may contain confidential and privileged information. If it ha
you in error, please reply to advise the sender of the error and then immed

EXHIBIT
D