**Brennan, Christyne K.**

**From:** Brennan, Christyne K.
**Sent:** Tuesday, October 03, 2006 9:08 AM
**To:** 'Coleman.Bird@usdoj.gov'
**Cc:** 'Lawrence.Rabyne@dcma.mil'; Manos, Karen L.; 'Kent.Huntington@usdoj.gov'
**Subject:** Raytheon v. U.S.

Coleman -

By letter dated September 13, 2006, almost three weeks ago, we advised you that Raytheon intends to take the depositions of John McKenna, Ron Dyer and Seay Anne Sheley in Raytheon v. U.S. and requested that we schedule their depositions for the week of September 25-29, 2006. We asked that you confirm their availability for that week in Washington, DC that day and if you were unavailable, to propose alternative dates. You failed to respond until September 19, when you stated by email: "The depositions cannot go forward next week. We are attempting to find dates when counsel and witnesses are available and hope to propose a schedule for these depositions shortly." It has been two weeks since your email and you still have failed to propose alternative dates or respond despite my repeated electronic correspondence (9/25 and 9/29) and voicemail (9/29). On Friday, September 29, Kent Huntington of your office called me and stated that you would contact me on Monday (yesterday) with the proposed dates. He also stated that he believed that the witnesses had already provided you and/or Larry Rabyne available dates. However, I received no phone call or electronic correspondence from you yesterday. As I stated to Kent, counsel's schedules are being filled and we must receive proposed dates (which we have been requesting the last three weeks) so that we can schedule these depositions on mutually convenient dates.

If we do not receive proposed dates by 5:00 p.m. today, we intend to involve the Court in this matter. This is our last good faith attempt to resolve this discovery issue.

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com



EXHIBIT
F