**Brennan, Christyne K.**

**From:** Coleman.Bird@usdoj.gov
**Sent:** Tuesday, October 03, 2006 4:31 PM
**To:** Manos, Karen L.; Brennan, Christyne K.
**Cc:** Lawrence.Rabyne@dcma.mil
**Subject:** Raytheon v. US/ Deposition Scheduling

Ms. Brennan & Ms. Manos - in your letter dated September 13, you requested that the Government determine whether John McKenna, Ron Dyer, and Seay Anne Sheley were available for deposition in Washington during the week of September 25-29, and, if not, you asked the Government to propose alternative dates. I informed you in my September 19 e-mail message that the depositions could not go forward during the week of September 25-29. I told you that we were attempting to find dates when counsel and the witnesses were available, and hoped to be able to propose a schedule for these depositions shortly. The process of determining their availability and coordinating schedules took longer than we had hoped and, unfortunately, we will not be able to produce these witnesses for deposition in Washington as requested. We are now able to propose the following schedule, subject to final confirmation of the witnesses' availability on the specified dates once we have confirmation from you:

John McKenna Tuesday, October 24, at 9:00 a.m. in Staten Island, NY

Ron Dyer, Seay Anne Sheley Thursday, October 26, commencing at 9:00 a.m. in Lexington, MA.

We believe that the Dyer and Sheley depositions can reasonably be completed by the end of the day on October 26.

We recognize that completing these depositions, responding to plaintiff's second document requests dated September 13, 2006, as well as other discovery needs will require asking the Court to extend the October 13, 2006 deadline for the close of fact discovery that the Court set in its March 29, 2006 Order at the parties' joint request. We believe that an extension of approximately 3 ½ months, to and including January 31, 2007 (with comparable extensions of the remaining dates in the schedule) is warranted under the circumstances, and would ask plaintiff to join in that request as well.

Please let us know whether these dates work for you. Thank you.



EXHIBIT
G