IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **Judge Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF DEPOSITION OF JOHN MCKENNA**

PLEASE TAKE NOTICE that on October 30, 2006, at a mutually agreeable location, Raytheon Company, in the above-captioned matter, will take the deposition upon oral examination, before a Notary Public, or before some other officer authorized by law to administer oaths, of John McKenna. Oral examination will continue from day to day until completed.

Respectfully submitted,

Date: October 10, 2006

Karen L. Manos, by Christyne K. Brennan
CHRISTYNE K. BRENNAN

Karen L. Manos, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan, Esq.
GIBSON, DUNN & CRUTCHER LLP

EXHIBIT
K

**CERTIFICATE OF SERVICE**

I certify that caused to be served the foregoing Plaintiff's Notice of Deposition of John McKenna this 10th day of October, 2006, by electronic mail, facsimile and first class mail, upon Defendant's counsel listed below:

**Counsel for the United States**
C. Coleman Bird, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

Christyne K. Brennan

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **RAYTHEON COMPANY,**<br>**Plaintiff,**<br>v.<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 05-448C**<br>**Judge Firestone** |

**PLAINTIFF'S NOTICE OF DEPOSITION OF SEAY ANNE SHELEY**

PLEASE TAKE NOTICE that on November 1, 2006, at a mutually agreeable location, Raytheon Company, in the above-captioned matter, will take the deposition upon oral examination, before a Notary Public, or before some other officer authorized by law to administer oaths, of Seay Anne Sheley. Oral examination will continue from day to day until completed.

Respectfully submitted,

Date: October 10, 2006

Karen L. Manos by Christyne K. Brennan

Karen L. Manos, Esq. CHRISTYNE K. BRENNAN
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan, Esq.
GIBSON, DUNN & CRUTCHER LLP

## CERTIFICATE OF SERVICE

I certify that caused to be served the foregoing Plaintiff's Notice of Deposition of Seay Anne Sheley this 10th day of October, 2006, by electronic mail, facsimile and first class mail, upon Defendant's counsel listed below:

**Counsel for the United States**
C. Coleman Bird, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

Christyne K. Brennan

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **RAYTHEON COMPANY,**<br>**Plaintiff,**<br>v.<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 05-448C**<br>**Judge Firestone** |

**PLAINTIFF'S NOTICE OF DEPOSITION OF RON DYER**

PLEASE TAKE NOTICE that on October 31, 2006, at a mutually agreeable location, Raytheon Company, in the above-captioned matter, will take the deposition upon oral examination, before a Notary Public, or before some other officer authorized by law to administer oaths, of Ron Dyer. Oral examination will continue from day to day until completed.

Respectfully submitted,

Date: October 10, 2006

Karen L. Manos, by Christyne K. Brennan
CHRISTYNE K. BRENNAN

Karen L. Manos, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan, Esq.
GIBSON, DUNN & CRUTCHER LLP

## CERTIFICATE OF SERVICE

I certify that caused to be served the foregoing Plaintiff's Notice of Deposition of Ron Dyer this 10th day of October, 2006, by electronic mail, facsimile and first class mail, upon Defendant's counsel listed below:

**Counsel for the United States**
C. Coleman Bird, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

Christyne K. Brennan