**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **Judge Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

THIS MATTER CAME BEFORE THE COURT upon Plaintiff's Motion for Enlargement of Time to Complete Limited Fact Discovery in the above-captioned case.

UPON CONSIDERATION of the merits of said motion and any opposition thereto; it is hereby

ADJUDGED, ORDERED and DECREED that Plaintiff's Motion for Enlargement of Time to Complete Limited Fact Discovery is GRANTED; and

IT IS FURTHER ORDERED that the fact discovery deadline is enlarged up to and including November 1, 2006, or otherwise until the completion of the depositions of John McKenna, Ron Dyer and Seay Anne Sheley, for the limited purpose of conducting the depositions of John McKenna, Ron Dyer and Seay Anne Sheley.

NANCY B. FIRESTONE
Judge