# ATTACHMENT "A"

**Bird, Coleman (CIV)**

**From:** Bird, Coleman (CIV)
**Sent:** Tuesday, October 10, 2006 5:21 PM
**To:** 'CBrennan@gibsondunn.com'; KManos@gibsondunn.com
**Cc:** Lawrence.Rabyne@dcma.mil
**Subject:** RE: Raytheon v. US/ Deposition Scheduling

We have received plaintiff's "notices of deposition" (with location not specified) for Messrs. McKenna and Dyer and Ms. Seeley, for October 30 – 31 and November 1. We were surprised to receive these notices, not only because these are dates that the parties have never discussed or agreed upon, but, more importantly, because the parties had previously discussed and agreed upon different dates for these same depositions (on October 24 in Staten Island and October 26 in Boston, with plaintiff requesting that Ms. Sheley's deposition be taken on October 27). We understand from Ms. Manos' e-mail yesterday that she is no longer available on October 24 and 25 because she has scheduled an ADR proceeding in another matter on those dates. In any event, we will begin anew the process of determining the availability of counsel and witnesses for these new dates (October 30 – November 1) as well as other dates, so that we can propose dates that will work. We will get back to you as soon as we can on this.

In response to your question regarding an extension of the discovery period, we believe that the Court should grant a reasonable extension of the discovery period for both parties, not an extension solely for the plaintiff's benefit. We have previously proposed a reasonable extension (to January 31), but plaintiff has declined to agree, presumably for tactical reasons although no reason was stated. We will not agree to the one-sided extension that plaintiff has proposed. We will file our own motion for an extension to January 31, a motion, that unlike plaintiff's current proposal, would extend the period for the benefit of both sides.

-----Original Message-----
From: CBrennan@gibsondunn.com [mailto:CBrennan@gibsondunn.com]
Sent: Tuesday, October 10, 2006 10:26 AM
To: Bird, Coleman (CIV)
Cc: Lawrence.Rabyne@dcma.mil; KManos@gibsondunn.com
Subject: RE: Raytheon v. US/ Deposition Scheduling

Coleman -

As we finalize deposition dates for John McKenna, Ron Dyer, and Seay Anne Sheley, please advise whether you and your witnesses are available October 30 and 31, and November 1 for the depositions. I have attached notices of deposition for these dates. Also, please advise before the end of the day today whether you would consent to a motion for enlargement of time up to and including November 1, 2006, or otherwise until the completion of the depositions of John McKenna, Ron Dyer, and Seay Anne Sheley, for the limited purpose of conducting these depositions. Thank you.

Christyne

Christyne K. Brennan

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com

-----Original Message-----
From: Manos, Karen L.
Sent: Monday, October 09, 2006 8:08 AM
To: Coleman.Bird@usdoj.gov; Lawrence.Rabyne@dcma.mil
Cc: Brennan, Christyne K.
Subject: RE: Raytheon v. US/ Deposition Scheduling

As you are confirming funding and your witnesses' availability, I wanted to let you know that I now have an all-day ADR session in another matter on October 25, 2006, and a meeting with the client on the afternoon of October 24th, so those two days are no longer available.

Karen L. Manos
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
T: 202-955-8536
F: 202-530-9533
kmanos@gibsondunn.com

-----Original Message-----
From: Coleman.Bird@usdoj.gov [mailto:Coleman.Bird@usdoj.gov]
Sent: Thursday, October 05, 2006 3:06 PM
To: Manos, Karen L.
Cc: Lawrence.Rabyne@dcma.mil
Subject: RE: Raytheon v. US/ Deposition Scheduling

We are exploring whether funds are available for Mr. McKenna to come to Boston to be deposed. If so, we could schedule the depositions on three consecutive days that week. We will let you know. Also, contrary to your assertion, the Government was entirely cooperative in attempting to schedule these depositions. Given the availability of counsel and the various witnesses, these depositions could not have been scheduled and completed by October 13. Finally, to correct an apparent misunderstanding upon your part, the Government's responses to plaintiff's second document requests are not due on October 13. You sent those document requests by e-mail and facsimile on September 13, on what you apparently believed was the last possible day to serve such requests and still require the Government to respond by October 13, the last day of the current discovery period. As you know, the Government has never agreed to accept electronic service in this case (as opposed to providing courtesy copies of documents otherwise properly served according to the Court's rules). Even if we had so agreed, and we have not, the Government's responses would be due on October 16 under the Rules, not October 13.

-----Original Message-----
From: KManos@gibsondunn.com [mailto:KManos@gibsondunn.com]
Sent: Tuesday, October 03, 2006 4:42 PM
To: Bird, Coleman (CIV); Lawrence.Rabyne@dcma.mil
Cc: CBrennan@gibsondunn.com
Subject: RE: Raytheon v. US/ Deposition Scheduling

Mr. Bird,

The dates you proposed are acceptable with one exception. We do not agree to conduct the two DCAA depositions on the same day. I propose:

| | |
|---|---|
| John McKenna | Tuesday, October 24, at 9:00 a.m. in Staten Island, NY |
| Ron Dyer | Thursday, October 26, commencing at 9:00 a.m. in Lexington, MA. |
| Seay Anne Sheley | Friday, October 27, commencing at 9:00 a.m. in Lexington, MA. |

Alternatively, if you could have all three of the witnesses in the same city, we could conduct the depositions on three consecutive days.

We would agree to jointly move for an enlargement of the discovery schedule for the limited purpose of conducting these three depositions, but do not agree to any other enlargement. The government's responses to our second set of document requests are due on October 13, and these depositions would have been completed within the existing discovery schedule if you had been the least bit cooperative in scheduling them.

Karen L. Manos
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
T: 202-955-8536
F: 202-530-9533
kmanos@gibsondunn.com

-----Original Message-----
From: Coleman.Bird@usdoj.gov [mailto:Coleman.Bird@usdoj.gov]
Sent: Tuesday, October 03, 2006 4:31 PM
To: Manos, Karen L.; Brennan, Christyne K.
Cc: Lawrence.Rabyne@dcma.mil
Subject: Raytheon v. US/ Deposition Scheduling

Ms. Brennan & Ms. Manos - in your letter dated September 13, you requested that the Government determine whether John McKenna, Ron Dyer, and Seay Anne Sheley were available for deposition in Washington during the week of September 25-29, and, if not, you asked the Government to propose alternative dates. I informed you in my September 19 e-mail message that the depositions could not go forward during the week of September 25-29. I told you that we were attempting to find dates when counsel and the witnesses were available, and hoped to be able to propose a schedule for these depositions shortly. The process of determining their availability and coordinating schedules took longer than we had hoped and, unfortunately,

we will not be able to produce these witnesses for deposition in Washington as requested. We are now able to propose the following schedule, subject to final confirmation of the witnesses' availability on the specified dates once we have confirmation from you:

John McKenna Tuesday, October 24, at 9:00 a.m. in Staten Island, NY

Ron Dyer, Seay Anne Sheley Thursday, October 26, commencing at 9:00 a.m. in Lexington, MA.

We believe that the Dyer and Sheley depositions can reasonably be completed by the end of the day on October 26.

We recognize that completing these depositions, responding to plaintiff's second document requests dated September 13, 2006, as well as other discovery needs will require asking the Court to extend the October 13, 2006 deadline for the close of fact discovery that the Court set in its March 29, 2006 Order at the parties' joint request. We believe that an extension of approximately 3 ½ months, to and including January 31, 2007 (with comparable extensions of the remaining dates in the schedule) is warranted under the circumstances, and would ask plaintiff to join in that request as well.

Please let us know whether these dates work for you. Thank you.

==========================================================================
=====

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
==========================================================================
=====

"MMS <Gibsondunn.net>" made the following annotations.
------------------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
==========================================================================
=====