# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: October 20, 2006)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the parties' motions for an enlargement of time to complete fact discovery, as well as the defendant's response to the plaintiff's motion and the plaintiff's opposition to the defendant's motion. After careful consideration, the parties' motions are **GRANTED-IN-PART** and **DENIED-IN-PART**. Accordingly, the discovery schedule shall be amended as follows:

| | |
|---|---|
| **December 8, 2006** | Parties shall file a joint status report proposing deadlines for the following: (1) Deadline for submissions of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests; (2) Close of Expert Discovery; (3) Filing of joint status report regarding the next steps in the litigation |
| **December 15, 2006** | Close of Fact Discovery. No further extensions shall be granted. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge