Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**Volumn 4** — Closed. W/Ps moved

**Adequacy of DCAA CAS and FAR Compliance Testing**

| Contents | WP Series |
|---|---|
| Finding Outline | A |
| Summary of Review of Quality of DCAA Audits | A-1 to 3a |
| Contractor Noncompliances with CAS and FAR | A-2 to 5a |
| DCAA Compliance with SAS 70 | A-3 } to 3a, W/P A-3 |
| DCAA Compliance with SAS 73 | A-4 } |
| Boeing Company | B to 3a |
| **Lockheed-Martin Corporation** | **Moved to Volume 9** and 3 |
| **Raytheon** | **Moved to Volume 6** and 3 |
| Texas Instruments | E } 3a |
| Aerospace Corporation | F } |
| **TRW, Inc.** | **Moved to Volume 8** } and 3 |
| **Northrop Grumman Corporation** | **Moved to Volume 7** } |
| | I } 3b |
| | J } |
| | K } |

Confidential and Proprietary
Subject to Protective Order





Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011
**Volumes 5a and 5b**

**INDEX**


| **CONTENTS** | **REF.** |
|---|---|
| Finding Outline Worksheet | A |
| Summary of Review of Claims for Increased Costs After Segment was Dispositioned | A-1 |
| Review of PRB Claims Associated With Dispositioned Segments, Discontinued Operations, and Terminated PRB Benefits | A-2 |
| Review of the Adequacy of Existing CAS and FAR Regulations for PRBs | A-3 |
| FAR Guidance on PRB Costs | A-4 |
| FAR and DCAA Guidance on Transferring Excess Pension Assets To Offset Unfunded PRB Costs | A-5 |
| TRW Annual Incurred Costs for PRBs at Dispositioned Segments | B |
| Allied Signal Annual Incurred Costs for PRBs at Dispositioned Segments | C |
| **ONE-TIME CLAIMS FOR UNFUNDED PRB LIABILITIES WHEN SEGMENTS WERE CLOSED** | |
| IBM Federal Systems | D |
| Teledyne Vehicle Systems | E |
| Uniroyal – Joliet Army Ammunition Plant (AAP) | F |
| Remington Arms AAP | G |
| Thiokol Louisiana and Longhorn AAPs | H |
| Thiokol Mobile Launch Production Contract | I |


Confidential and Proprietary
Subject to Protective Order

DODIG 21609



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011
**Volumes 5a and 5b**



| **CONTENTS** | **REF.** |
|---|---|
| **Uniroyal Newport AAP** | **J** |
| **Olin Ravenna AAP** | **K** |
| **Unysis** | **L** |
| **Holston AAP** | **M** |
| **General Electric** | **N** |



Confidential and Proprietary
Subject to Protective Order

**DODIG 21610**

EVALUATION OF CONTRACTOR ACCOUNTING AND ESTIMATING FOR POSTRETIREMENT BENEFIT COSTS AND RELATED DOD OVERSIGHT PROJECT NO. 80C-9011 VOLUME 1

GNG024-0765

RAY06-04759

Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**VOLUME 6**

**EVALUATION OF DCAA PRB AUDITS AT LOCKHEED MARTIN**

| REF. | DESCRIPTION |
|---|---|
| A | SUMMARY WORKPAPERS |
| B | FIELD REVIEW NOTES ON DCAA AUDITS |
| C | TELECON RECORDS |
| D | **6631-95J9200402** CAS 416 NON-COMPLIANCE REPORT |
| E | **97L10160404,** FY 92 INCURRED COST AUDIT W/PS, HERITAGE-LOCKHEED MEDICAL |
| F | **97J10160410,** FY 93 INCURRED COST AUDIT W/PS, MARTIN MARIETTA |
| G | **6631-97C23000402,** FY 97 FORWARD PRICING AUDIT REPORT, LOCKHEED MARTIN CORPORATION |
| H | **97C23000402** W/PS AND CIGNA ACTUARIAL EVALUATION CY 97 TO 01 FORWARD PRICING, RETIREE. MEDICAL COST |
| I | **4341-92F19200001,** CAS 403 AND 416 NONCOMPLIANCES FOR PRB COSTS OF DISCONTINUED OPERATIONS |
| J | **6631-97J10160420,** FY 94 INCURRED COSTS, MARTIN MARIETTA |
| K | **96C23000401,** W/PS FT 97 FORWARD PRICING RATES, COMPUTATION OF. QUESTIONED MEDICAL TREND |
| L | DCAA REQUEST FOR DCMC TECH ASSIST. LMC RET/MED |
| M | DCAA AUDIT GUIDANCE, RESTRUCT. & NOVATION ISSUES |
| N | LMC WM. MERCER ACTUARIAL VALUATION OF RETIREE MEDICAL BENEFITS |
| O | **96C19416404,** W/PS ON CAS 416 LMC COMPLIANCE AUDIT |
| P | **93J19416001,** W/PS ON CAS 416 COMPLIANCE WITH FINDING |

Confidential and Proprietary
Subject to Protective Order

**DODIG 21611**



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

## VOLUME 7 – INDEX

## EVALUATION OF DOD OVERSIGHT AT NORTHROP GRUMMAN

**Tab** **CONTENTS**


| Tab | Contents |
| --- | --- |
| A | Summary of Review of DCAA and DCMC Coverage of PRB Costs |
| B | Review of NGC CAS 403/416 Noncompliance |
| B-2 | 12/11/97 DCAA HQ Guidance on Cost Accounting Practices for PRB Costs, NGC |
| C | DCE's Decision to allow the Noncompliant CAS 403 Allocation method in FY 1996/97 FPRs |
| C-2 | 11/8/96 DCE Memo for DACO Distribution on Provisional Acceptance of Proposed PRB Costs, FY 1996-2000 |
| D-2 | 12/10/97 DCE Settlement Summary |
| D-3 | 12/10/97 DCE's Response to DCAA Audit Conditions and Recommendations |
| D-4 | 12/10/97 CO Request for DCMC National Board of Review |
| E-2 | 12/19/97 Settlement and Advance Agreement |
| E-3 | 01/08/98 Board of Review Record. |
| E-4 | 04/09/98 Letter of Disclosure Statement Adequacy and negative finding of noncompliance by Mr. Don Springer, Successor DCE. |
| E-5 | 01/27/98 DCAA Memorandum to DCE on Disclosure Statement Adequacy and negative finding of noncompliance. |
| E-6 | 11/09/98 Memo from Hal Clary, OIG/OGC, to APO |
| F-2 | 12/24/97 MFR prepared by the DCE on the Negotiation of an Advance Agreement to Settle PRB CAS 403/416 noncompliance |
| F-3 | **12/17/97 (2) and 12/18/97 (1) DCAA General Magnitude Calculations.** |


Confidential and Proprietary
Subject to Protective Order

DODIG 21612



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

RAY06-04761

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**VOLUME 7 – INDEX**


**F-3f** Contractor Estimate of Cost Shifts from Commercial to Government Contracts caused by CAS Noncompliance.

**G** Discussions with Technical Specialists on CAS Applicability for Allocating PRBs

**H** DCE Discussion Paper on CAS 403 and 416 Noncompliances on NGC Accounting Practice (undated)

**I** 08/07/98 APO Telcon with John McPherson, Chairman and Recorder of BoR minutes, and Don Springer, successor DCE at NGC.

**J** 11/10/97 Memorandum for DCE from CIPR Team Leader Manuel Teles DCMC Los Angeles

**K-2a** 06/14/96 DCAA Report No 4721-96F19200001/96F23000008 on CAS Noncompliance with CAS 403, 416, and FAR 31.201-4.

**K-2d** 03/08/96 DCAA Report No 4721-96F23000008/96F19200001, Report on Proposed PRB Costs 1995 through 2000. Review resulted in CAS noncompliance finding reported under 96F192000001.

**K-3** Audit Program for 1995/96 Pension and Insurance Review, assignment No 98F101600002, incl contractor Disclosure Statement part 8 on PRB allocation methods (K-3-c-10)

**K-4** 02/19/98 Audit Report No 4721-98F23000002 on NGC Proposal for PRB Cost Projections and Allocation for 1998 through 2003. NGC accounting system deemed inadequate in part but proposed PRB costs allocated using the 3-factor formula.

**L** Renumbered K-2-d

**M** 11/7/97 NGC Response to DCE Regarding Questions and Comments Raised by the Government. Outlines savings from restructuring and merger of Northrop and Grumman pension plans.

**N** DCAA Analysis of Employee Transfers Between Segments (NGC used frequency of employee transfers as argument to support rationale for pooling of PRB costs)

**O** 11/12/97 DCAA Memo for DCE on Review of NGC Sales Data. DCAA did not find contractor sales data representative of actual Government participation in sales.


Confidential and Proprietary
Subject to Protective Order

DODIG 21613





Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**VOLUME 7 – INDEX**


P 6/24/96 DCE Initial Letter of CAS Noncompliance Determination to NGC. The DCE did not request a cost impact proposal.

Q Relevant CAS Regulations

S 11/4/96 DCAA Memorandum for DCE on Request for Review of Contractor Response to Initial Finding of Noncompliance.

T 11/26/97 Memo for RA, NGC, prepared by David Cohen, Technical Specialist on 11/25/97 Teleconf on CAS 403/416 Noncompliance Issue.

U . 11/21/97 NGC Response to DCAA Position RE: Allocaiton of PRBs.

V 12/15/97 NGC Letter to Ms. Sandra Waldron, DCE on Allocation of PRBs (NGC Rebuttal of DCAA Findings).

X NGC Organizational Structures

Y DLAD 5000.4, Chapter 4.4.6, CAS Administration

Y-2 1/28/97 DLA Policy Memo No. 97-07, CAS.

Y-3 DCMC Policy Memorandum No. 97-14, Reviews and Approvals, 1/29/97. Memo expires when its content is included in DLAD 5000.4, not to exceed one year.


Confidential and Proprietary
Subject to Protective Order

DODIG 21614

12



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**VOLUME 8**

**EVALUATION OF DCAA PRB AUDITS AT RAYTHEON**

| **REF.** | **DESCRIPTION** |
|---|---|
| A | FILE SUMMARY NONCOMPLIANCE WITH FAR OVERSIGHT ISSUES |
| A-1 | DCAA NOTES ON EXIT CONFERENCE/ADD INFORMMATION |
| B | FIELD TRIP NOTES DCAA RAY./RESIDENT OFFICE |
| C | DCAA AUDIT REPORT 2671-96A14410001, INS/PEN COSTS CY 94/95 |
| D | DCAA AUDIT REPORT 2671-95A23000002, CORP. SVC/TAX. CY95 |
| E | DCAA AUDIT REPORT 2671-97A23000003, CORP SVC/TAX. CY 97 |
| F | A/A # 9623000003, 1996 BUDGET REVIEW |
| G | DCAA RES RAY. OFC MEMORANDUM FOR FILE ON CY 96 PRB INCURRED COST A/A # 98A101600019 |
| H | REVISED DISCLOSURE STM, PART VIII 10/1/96 |
| I | RAYTHEON ACTUARIAL VAL. TAX & FUNDING REPORTS - 3 YEARS |
| J | 5/1/98 DODIG MEMO TO RAYTHEON RESIDENT AUDITOR |

Confidential and Proprietary
Subject to Protective Order

DODIG 21615



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**VOLUME 9**

**EVALUATION OF DCAA PRB AUDITS AT TRW**

| REF. | DESCRIPTION |
|---|---|
| A | FILE SUMMARY |
| B | FIELD REVIEW NOTES |
| C | TELECON RECORDS |
| D | A/A 97D14410002, FY96 INCURRED COST AUDIT (i/c) |
| E | FY 96 ACTUARIAL REPORT ON PRB COSTS (TOWERS PERRIN) |
| F | TRW FY 96 FORM 5500, ANNUAL REPORT OF BENEFITS |
| G | TRW DISCLOSURE STATEMENT, 10/9/96 |
| H-1 | ADV AGREEMENT/DIVESTED OPERATIONS, 12/12/97 |
| H-2 | DCAA MEMO 4/30/98 AUDIT GUIDANCE DIVESTED SEGMENTS |
| I | 96D10160028, CY 95 I/C - FAS 106 EXPENSE |
| J | ACTUARIAL REPORT ON PRELIMINARY VALUATION 94/95 (TOWERS PERRIN) |
| K | REPORT NO. 97D23000005, 10/21/97, CYs 97-2000 FPRs |
| L | REPORT NO. 98D23000001, 3/5/98, CYs 97-2000 FPRs (revised) |
| M | |

Confidential and Proprietary
Subject to Protective Order

DODIG 21616



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

Evaluation of Contractor Estimating and Accounting for
Postretirement Benefits and Related DoD Oversight
Project No. 8OC-9011

**VOLUME 10**

**REGULATORY AND AUDIT GUIDANCE**

**INDEX**



| **REF.** | **DESCRIPTION** |
|---|---|
| A | FAS 106, Employers' Accounting for PRBs Other Than Pensions |
| B | GAAP 37.05 GUIDE ON PRB's OTHER THAN PENSIONS |
| C | GOVERNMENT AUDITING STANDARDS |
| D | AICPA GUIDE ON AUDITS OF BENEFIT PLANS – SAS 70 |
| E | AICPA GUIDE ON AUDITS OF BENEFIT PLANS – SAS 73 |
| F | DLA/DCAA JOINT REV. PROGRAM FOR I/C CIPRs |
| G | FAR PART 31, Cost principles |
| H | 1/28/97 DLA MEMO TO DCMC, CAS STDS (PLCY 97-07) |
| I | DCMC'S ONE BOOK CH. 4.2.5 CONTRACT PRICING |
| J | DCAA CONTRACT AUDIT MANUAL (FRINGE BENEFITS) |
| K | CAS WG 76-4, DETERMINING INCR. COST TO GOVT./CAS FFP CONTRACTS, 10/1/76 |
| L-1 | **CAS 403 ALLOCATION OF HOME OFC. COSTS** |
| L-2 | **CAS 416, ACCOUNTING FOR INSURANCE COSTS,** |
| L-3 | **PREAMBLE A TO CAS 416** |
| L-4 | **CAS 412, PENSION COSTS** |
| M | DCAA GUIDANCE ON USE OF DIFF METHODS FOR PRB's |
| N | CAS 9903.201 CONTRACT CLAUSES |
| O | FAC 97-02 FAR REVISION ON ASSET REVERSION |
| P | DFARS 242.73, CIPRs |
| Q | FAR 52.232-16, PROGRESS PAYMENT CLAUSE |
| R | PUBLIC LAW 85-804, E.O. CONTRACTUAL ACTIONS |
| S | DCAA Audit Program for Insurance Costs APINSURE |



Confidential and Proprietary
Subject to Protective Order

DODIG 21617



Protected Information to Be Disclosed Only in Accordance
with US Court of Federal Claims Protective Order

# Exhibit 2

**DEFENSE CONTRACT AUDIT AGENCY**
**INDEX TO ADMINISTRATIVE WORKING PAPERS**

Contractor: Raytheon Company Assignment No: 2671-2002A19500003

| Check When Used | W/P Reference | DESCRIPTION |
|---|---|---|
| õ | 1 | AUDIT REPORT |
| | 1a | DRAFT AUDIT REPORT |
| | 1b | Cumulative Allowable Cost Worksheet (CACWS) |
| | 2 | Computation of Dollars Audited & Cost Savings |
| | 3 | Defective Pricing Lead Sheet |
| | 4 | Negotiation Data/Disposition of Audit Results |
| | 5 | Audit Leads (check if positive) |
| | | **CORRESPONDENCE** |
| | 6a | Entrance Conference Notes |
| | 6b | Exit Conference Notes |
| õ | 7 | Government Notes / Correspondence |
| õ | 8 | Contractor Notes / Correspondence |
| | 9 | Technical Report |
| õ | 10a | Assist Audit Request |
| | 10b | Assist Audit Reports |
| õ | 11 | Acknowledgment / Notification Letter (Original / Revised) |
| õ | 12 | Request For Audit (Original / Revised) |
| | | **PERMANENT FILE UPDATE WORKING PAPERS** |
| | 13 | ICAPs/ICQs Sections |
| | 14 | Contract Briefs |
| | | **AGENCY ADMINISTRATIVE WORKING PAPERS** |
| õ | 15 | DMIS |
| | 15a | iRIMS Worksheet (iRIMS Test FAOs only) |
| | 16 | Tick Marks Legend |
| | | **FAO SPECIFIC WORKING PAPERS** |
| õ | 17 | Index of audit workpapers |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | | **CONTRACTOR'S SUBMISSION, DATA, ETC.** |
| õ | 22 | Contractor's Submission / Data |
| | 23 | Revised Contractor's Submission / Data |
| | 24 | |

DCAA Form 7640-19b
July 1998

**Assignment No. 2671-2002A19413003**
**Aerospace Segment Closing**

**<u>Hardcopy Work Paper Index</u>**

**Government Notes/Correspondence**

**Contractor Correspondence**

**Request For Assist Audit**

**Contractor's Submission**

**Risk Assessment and Scope Determination**

**Permanent File Review**

**CAS Disclosure Statement**

**Review of Purchase and Sale Agreement**

**Audit Guidance – DCAA MRD 03-PAC-026(R)**

**Purchase and Sale Agreement**

**CAS 413 Guidance**

**Teledyne Case**

**Review of Fraud Indicators**

**Review of FAR 31.205-6(j)(4)**

**Audit Program Steps**

**Review of P&S Agreement Terms on Pensions**

**Contractor News Release Information**

Protected Information to be Disclosed in Accordance with
U.S. Court of Federal Claims Protective Order

**Assignment No. 2671-2002A19500006**
**PWF Segment Closing**

## Hardcopy Work Paper Index

**Government Notes/Correspondence**

**Contractor Correspondence**

**Request For Audit**

**Contractor's Submission**

**Acquisition Agreement**

**CAS 413 Guidance**

Protected Information to be Disclosed in Accordance with
U.S. Court of Federal Claims Protective Order