**Brennan, Christyne K.**

**From:** Brennan, Christyne K.
**Sent:** Monday, October 30, 2006 10:21 AM
**To:** 'Coleman.Bird@usdoj.gov'
**Cc:** Manos, Karen L.; 'Lawrence.Rabyne@dcma.mil'; 'Kent.Huntington@usdoj.gov'
**Subject:** Raytheon v. U.S. Documents

Coleman -

By letter dated October 23, 2006, we advised you that if the Government failed to produce all documents responsive to Raytheon's second discovery requests by Friday, October 27, 2006, we would move for an order compelling discovery pursuant to RCFC 37(a). To date, we have not received the Government's documents in response to Raytheon's second discovery requests. Therefore, please be advised that if the Government fails to produce all documents responsive to Raytheon's second discovery requests by close of business, Tuesday, October 31, 2006, Raytheon will move for an order compelling discovery. This is our last good faith attempt to resolve this discovery issue.

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com



EXHIBIT D