**Brennan, Christyne K.**

---

**From:** Brennan, Christyne K.
**Sent:** Wednesday, November 01, 2006 1:48 PM
**To:** 'Coleman.Bird@usdoj.gov'
**Cc:** Manos, Karen L.
**Subject:** Raytheon v. U.S.

Coleman -
Per my voicemail, please call me today to discuss the government's objections to Raytheon's second discovery requests and your letter dated October 31, so that we can confer regarding the government's production of documents and the resolution of its discovery objections.

Thank you.

Christyne

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com



EXHIBIT
tabbies
F