# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: November 14, 2006)**

* * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the plaintiff's Motion to Compel Defendant to Produce Documents in Response to Plaintiff's Second Set of Requests for Production of Documents, filed on November 10, 2006. The court **ORDERS** as follows:

(1) The Defendant shall file its response by **Tuesday, November 21, 2006 at 12:00 noon.**

(2) A status conference is scheduled for **Wednesday, November 22, 2006 at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 955-8685; counsel for defendant at (202) 307-0453. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge