# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: November 22, 2006)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Based on the representations of the government during the status conference held on November 22, 2006, that the government is endeavoring to comply with the plaintiff's document request by the December 15, 2006 close of fact discovery, the plaintiff's Motion to Compel Defendant to Produce Documents in Response to Plaintiff's Second Set of Requests for Production of Documents, filed on November 10, 2006 is denied as **MOOT**. In the event that the plaintiff determines that the government's production of documents does not meet its needs, the plaintiff may seek an extension of the discovery period.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge