**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this status report on behalf of the parties as directed by the Court's Order dated October 20, 2006. Plaintiff's counsel has reviewed this status report and has authorized undersigned counsel for defendant to represent to the Court that plaintiff joins in it.

The parties have conferred and propose the following deadlines for the Court's consideration:

| | |
|---|---|
| May 18, 2007 | Deadline for submission of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| June 22, 2007 | Close of expert discovery |
| July 3, 2007 | Parties to file joint status report regarding the next steps in the litigation |

The parties respectfully request that the Court enter an order adopting this proposed schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: December 8, 2006

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

**CERTIFICATE OF FILING**

I hereby certify that on the 8th day of December, 2006, a copy of the foregoing Defendant's Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird