# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: December 14, 2006)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' joint status report in which the parties propose a schedule for expert discovery. The court adopts the schedule as proposed by the parties. Accordingly, the expert discovery deadlines are as follows:

| | |
|---|---|
| **May 18, 2007** | Deadline for submission of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| **June 22, 2007** | Close of Expert Discovery |
| **July 3, 2007** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge