**U.S. Department of Justice**

Civil Division

CCBird
DJ No. 154-05-448

Telephone: 202.307.0453
Facsimile: 202.514.7965

*Washington, D.C. 20530*

November 30, 2006

BY HAND DELIVERY

Karen L. Manos, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: Raytheon Co. v. United States,
Court of Federal Claims No. 05-448C

Dear Ms. Manos:

The CIPR Center and Mr. McKenna have completed the further search that you requested in your November 9 letter. Enclosed with this letter is a CD labeled "Documents Produced to Raytheon on November 30, 2006"), which contains the scanned images of the documents that were located in this search. These documents are listed upon the attached schedule entitled "Raytheon Document Production (November 30, 2006)." This CD includes (at pages RAY06-05016 – RAY06-05022) the seven pages of documents that we produced to you in hard copy on November 21, 2006. We believe that most of these documents were produced in previous productions, but are producing them again in order to get them to you as soon as possible, without the delay involved in attempting to weed out the duplicates.

We have designated the entire production as "Protected" under the terms of the Protective Order entered in this case. If you believe that such designation is not appropriate as to any particular documents, please give us a list of such documents, and we can discuss how to address your concerns.

If you have any questions, please let me know.

EXHIBIT
tabbles'
1

Sincerely,

C. Coleman Bird
Senior Trial Counsel
Commercial Litigation Branch

cc: Larry Rabyne, Esq.
(by electronic mail)
(w/o enclosure)

Raytheon Document Production (November 30, 2006)

| BEGDOC | ENDDOC |
|---|---|
| RAY06-05016 | RAY06-05022 |
| RAY06-05023 | RAY06-05026 |
| RAY06-05027 | RAY06-05030 |
| RAY06-05031 | RAY06-05046 |
| RAY06-05047 | RAY06-05062 |
| RAY06-05063 | RAY06-05064 |
| RAY06-05065 | RAY06-05439 |
| RAY06-05440 | RAY06-05556 |
| RAY06-05557 | RAY06-05645 |
| RAY06-05646 | RAY06-05723 |
| RAY06-05724 | RAY06-05821 |
| RAY06-05822 | RAY06-05890 |
| RAY06-05893 | RAY06-06012 |
| RAY06-06013 | RAY06-06026 |