# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: January 19, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **RAYTHEON COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

As discussed during the status conference held on January 19, 2007, the court orders the following:

(1) The government's motion, filed December 15, 2006, for an enlargement of time is **GRANTED** for the sole purpose of completing the production of documents. The government shall have until **Monday, February 12, 2007.**

(2) The parties shall propose a revised schedule for expert discovery by **Wednesday, January 24, 2007.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone______
NANCY B. FIRESTONE
Judge