# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: January 29, 2007)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the parties's revised proposed schedule for expert discovery. The court adopts the schedule as proposed by the parties. Accordingly, the expert discovery deadlines are as follows:

| | |
|---|---|
| **May 18, 2007** | Deadline for submission of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| **June 29, 2007** | Deadline for submission of rebuttal expert reports |
| **July 31, 2007** | Close of expert discovery |
| **August 10, 2007** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge