**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**DEFENDANT'S MOTION FOR AN**
**ENLARGEMENT OF TIME TO COMPLETE DOCUMENT PRODUCTION**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests that the Court enter an order granting an enlargement of time of 21 days, to and including March 5, 2007, within which to complete the production of documents. Absent the requested enlargement, the parties would be required to complete document production by February 12, 2007. See Order dated January 19, 2007. This is defendant's second request for an enlargement of time for this purpose, the Court having granted our previous motion in its January 19 Order. On February 12, 2007, Kent G. Huntington, counsel for defendant, discussed this motion with Christyne K. Brennan, Esq., counsel for plaintiff, who stated that plaintiff would not consent to defendant's motion.

We understand that the Court previously directed in its October 20, 2006 order that there would be no extensions of the fact discovery deadline in this case. See October 20, 2006 Order. We are compelled to request a further extension, with considerable reluctance, for one simple reason. Despite our best efforts, it will not be possible to complete the production by the current deadline (February 12, 2007). At this point, the document production is almost completed. Since November 22, 2006, alone, we have produced to Raytheon a total of 10 CDs containing

close to 60,000 pages of scanned images (the exact number is approximately 57,327 pages, produced as follows: 1,010 pages on November 30, 2006; 18,931 pages on December 22, 2006; and another 37,386 pages on January 18, 2006). In the course of this case, we have produced over 66,000 pages of scanned images to Raytheon.

At this point, all that remains to be done to complete the search is to determine whether a particular DCAA office in California has potentially responsive documents, and, if so, make arrangements to have any such documents forwarded to Washington, D.C. for review for responsiveness and privilege, get the documents scanned, and then produce them to Raytheon. Because of the unavailability of agency personnel, it was not possible to complete these tasks by February 12, 2007. The brief three-week extension requested is required in order to complete this final portion of the document production.

**CONCLUSION**

For the foregoing reasons, we respectfully request that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
by s/ Deborah A. Bynum
JEANNE E. DAVIDSON
Acting Director

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: February 12, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 12th day of February, 2007, a copy of the foregoing Defendant's Motion for an Enlargement of Time to Complete Fact Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird