# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: February 13, 2007)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the defendant's request for an enlargement of time of 21 days, from February 12, 2007, to and including March 5, 2007, within which to complete the production of documents. The court orders the following: the government shall produce the documents by **Thursday, February 22, 2007.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge