# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: May 18, 2007)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the government's motion for an order modifying expert witness discovery schedule, filed on May 17, 2007. The plaintiff shall file a response in accordance with the Rules of the United States of Federal Claims. The deadline for the parties to submit their expert reports, currently May 18, 2007, is **STAYED** pending the court's resolution of the government's motion.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge