**This document contains protected information. Disclosure or use of such information is restricted by Court order. This document is filed under seal.**

EXHIBIT 2