**Brennan, Christyne K.**

---

**From:** Bird, Coleman (CIV) [Coleman.Bird@usdoj.gov]
**Sent:** Wednesday, January 24, 2007 2:11 PM
**To:** firestone_chambers@ao.uscourts.gov
**Cc:** Brennan, Christyne K.; Lawrence.Rabyne@dcma.mil
**Subject:** Raytheon v. US (No. 05-448C)

Ms. Jasperses -- as you, Ms. Brennan, and I discussed just now, as directed by the Court's January 19, 2007 Order, the parties have discussed and agreed upon a revised schedule for expert witness discovery to propose for the Court's consideration. The parties' proposed schedule is as follows:

May 18, 2007 Deadline for submission of expert reports, expert witness disclosures under RCFC 26 (a)(2), and responses to written expert witness discovery requests

June 29, 2007 Deadline for submission of rebuttal expert reports

July 31, 2007 Close of expert discovery

August 10, 2007 Parties to file joint status report regarding the next steps in the litigation

As we also discussed, if the Court would prefer that the parties provide their proposed schedule in some other way, such as by means of a formal joint status report, please let us know and we would be happy to comply. Thank you.

**EXHIBIT 3**