# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: May 24, 2007)**

* * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the government's motion for an order modifying the expert witness discovery schedule, filed on May 17, 2007, and Raytheon Company's opposition, filed on May 22, 2007. After careful consideration, the court **DENIES** the government's motion requesting a sequential schedule for the submission of expert reports and expert rebuttal reports. However, based on the concerns raised by the government that the parties be able to engage and challenge the contrary opinions of opposing experts, the parties' experts may submit replies to the rebuttal expert reports.

Accordingly, the schedule for expert discovery, set forth in the court's January 29, 2007 Order is revised as follows:

| | |
|---|---|
| **June 18, 2007** | Deadline for submission of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| **July 30, 2007** | Deadline for submission of rebuttal expert reports |
| **August 31, 2007** | Deadline for submission of replies to rebuttal expert reports. |
| **September 28, 2007** | Close of expert discovery |

| | |
|---|---|
| **October 10, 2007** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge