# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: June 14, 2007)**

* * * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

## O R D E R

The government's motion for an order modifying the expert witness discovery schedule, filed on June 12, 2007, is **GRANTED.**

Accordingly, the schedule for expert discovery, set forth in the court's May 24, 2007 Order, is revised as follows:

| | |
|---|---|
| **July 2, 2007** | Deadline for submission of expert reports, expert witness disclosures under RCFC 26(a)(2), and responses to written expert witness discovery requests |
| **August 13, 2007** | Deadline for submission of rebuttal expert reports. |
| **September 14, 2007** | Deadline for submission of replies to rebuttal expert reports. |
| **October 12, 2007** | Close of expert discovery. |
| **October 26, 2007** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge