IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **RAYTHEON COMPANY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 05-448C**<br>**Judge Firestone** |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF EXPERT WITNESS DISCOVERY SCHEDULE**

Pursuant to Rule 6.1 of the Rules of this Court, Plaintiff Raytheon Company ("Raytheon"), respectfully requests an enlargement of time within which to complete expert witness discovery. The requested enlargement would enlarge the time to complete such expert discovery as follows (for the Court's convenience, the current dates are set forth in brackets next to the requested dates):

| | |
|---|---|
| **September 17, 2007** [August 13, 2007]: | Deadline for submission of rebuttal expert reports |
| **October 16, 2007** [September 14, 2007]: | Deadline for submission of replies to rebuttal expert reports |
| **November 20, 2007** [October 12, 2007]: | Close of expert discovery |
| **December 4, 2007** [October 26, 2007]: | Joint status report regarding the next steps in the litigation due |

This is Raytheon's first request for enlargement of time within which to complete expert witness discovery, and Raytheon requests this enlargement for the reasons set forth below.

Plaintiff received Defendant's expert report on or about July 2, 2007. In this report, Defendant's expert, Colin England, FSA, EA, primarily contends that additional information is necessary to his analysis and raises actuarial questions regarding Plaintiff's segment calculations.

Plaintiff requests this enlargement of time so that it may collect certain additional information that Defendant's expert has requested and so that Plaintiff's expert may fully respond to the questions raised in Defendant's expert report. Plaintiff's counsel has discussed this motion with Defendant's counsel, C. Coleman Bird, Esq., and Defendant does not oppose this motion. Furthermore, Defendant consents to the proposed dates set forth above.

For these reasons, Plaintiff Raytheon Company requests that the Court grant its motion for enlargement of time to complete expert witness discovery.

Respectfully submitted,

Date: August 6, 2007

s/ Karen L. Manos
Karen L. Manos, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan, Esq.
GIBSON, DUNN & CRUTCHER LLP

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2007, a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Expert Witness Discovery Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christyne K. Brennan
Christyne K. Brennan