# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: September 17, 2007)**

* * * * * * * * * * * * * * * * * * * * *
RAYTHEON COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's unopposed motion, filed September 13, 2007, for an enlargement of time within which to complete expert witness discovery is **GRANTED.** Accordingly, the schedule for expert discovery is revised as follows:

| | |
|---|---|
| **November 16 2007** | Deadline for submission of rebuttal expert reports. |
| **January 18, 2008** | Deadline for submission of replies to rebuttal expert reports. |
| **February 22, 2008** | Close of expert discovery. |
| **March 7, 2008** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge