**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF EXPERT WITNESS DISCOVERY SCHEDULE**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests that the Court enter an order granting an enlargement of time of two weeks of all of the remaining dates in the expert witness discovery schedule set forth in the Court's September 17, 2007 Order. We request the following modified schedule (for the Court's convenience, the current dates are set forth in brackets next to the requested dates):

| | |
|---|---|
| November 30, 2007 [November 16, 2007] | Deadline for submission of rebuttal expert reports |
| February 1, 2008 [January 18, 2008] | Deadline for submission of replies to rebuttal expert reports |
| March 7, 2008 [February 22, 2008] | Close of expert discovery |
| March 21, 2008 [March 7, 2008] | Parties shall file a joint status report regarding the next steps in the litigation |

Absent the requested enlargements, the parties would be required to meet the schedule set forth in brackets above. See Order dated September 17, 2007. This is defendant's second request for an enlargement of time for this purpose, the Court having granted defendant's previous request for a two-week enlargement by Order dated June 14, 2007, and plaintiff's two

unopposed requests for a total of approximately three months by Orders dated August 7 and September 17, 2007. On November 13, 2007, undersigned counsel for defendant discussed this motion with Christyne K. Brennan, Esq., counsel for plaintiff Raytheon Company, who later advised that plaintiff would not oppose this motion.

The grounds for the motion are that, despite the Government's best efforts, it will not be possible to provide the Government expert's rebuttal report by the current due date (November 16, 2007). The brief two-week enlargement requested will provide a reasonable opportunity to complete the expert's rebuttal report and provide it to plaintiff.

**CONCLUSION**

For the foregoing reasons, we respectfully request that the Court enter an order granting the requested two-week enlargement and revising the expert witness discovery schedule as requested above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: November 15, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov
Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of November, 2007, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Expert Witness Discovery Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird