# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: November 16, 2007)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed November 15, 2007, for an enlargement of time within which to complete expert witness discovery is **GRANTED.** Accordingly, the schedule for expert discovery is revised as follows:

| | |
|---|---|
| **November 30, 2007** | Deadline for submission of rebuttal expert reports. |
| **February 1, 2008** | Deadline for submission of replies to rebuttal expert reports. |
| **March 7, 2008** | Close of expert discovery. |
| **March 21, 2008** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge