**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant, the United States, respectfully submits this response to Plaintiff's Motion for Leave to Amend Complaint, filed November 30, 2007. In its motion, plaintiff asks leave to file a First Amended Complaint (which it lodged with the Court as an attachment to its motion).

Defendant does not oppose plaintiff's motion. If the Court were to grant plaintiff's motion, unless the Court otherwise orders, defendant would be required to plead in response to plaintiff's First Amended Complaint within ten days after service of the amended pleading. RCFC 15(a). Defendant respectfully requests that, if the Court grants plaintiff leave to file the First Amended Complaint, the Court permit defendant to file its responsive pleading within 21 days after the entry of the Court's order granting such leave.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: December 13, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov
Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of December, 2007, a copy of the foregoing Defendant's Response to Plaintiff's Motion for Leave to Amend Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird