# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: December 14, 2007)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of plaintiff's motion for leave, filed December 13, 2007, to amend its complaint and defendant's response, filed December 13, 2007, informing the court that defendant does not oppose plaintiff's motion. In addition, defendant requests an enlargement of 21 days within which to respond to plaintiff's amended complaint.

(1) Plaintiff's motion for leave to file its amended complaint is **GRANTED**. Plaintiff is directed to resubmit its amended complaint by **Wednesday, December 19, 2007**.

(2) Defendant's request for an enlargement of time within which to respond to plaintiff's amended complaint is **GRANTED**. Defendant shall file its response by **Wednesday, January 9, 2008**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge