# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: February 4, 2008)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed January 30, 2008, for an enlargement of time within which to complete expert witness discovery is **GRANTED.** Accordingly, the schedule for expert discovery is revised as follows:

| | |
|---|---|
| **February 22, 2008** | Deadline for submission of replies to rebuttal expert reports. |
| **March 28, 2008** | Close of expert discovery. |
| **April 11, 2008** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge