# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: March 26, 2008)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's unopposed motion, filed March 24, 2008, for an enlargement of time within which to complete expert witness discovery is **GRANTED.** Accordingly, the schedule for expert discovery is revised as follows:

| | |
|---|---|
| **May 30, 2008** | Close of expert discovery. |
| **June 13, 2008** | Parties shall file a joint status report regarding the next steps in the litigation. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge