# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: June 19, 2008)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Friday, June 27, 2008 at 10:30 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person and Agency Counsel may, if needed, appear via telephone. The courtroom number will be posted in the lobby on the day of the proceeding.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge