# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: June 27, 2008)**

* * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the June 27, 2008 status conference, the court hereby **ORDERS** the following:

1. The government shall file its response to the plaintiff's motion to exclude the testimony and written reports of Colin England by **Monday, July 7, 2008**.

2. The plaintiff shall file its reply in support of its motion by **Monday, July 21, 2008**.

3. Following resolution of the plaintiff's motion, the court will set a summary judgment briefing schedule to resolve the PRB issue. A concurrent briefing schedule will be set in General Electric v. United States, Case No. 99-172C.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein, Counsel for Plaintiff in General Electric v. U.S., (99-172C)