# In the United States Court of Federal Claims

No. 99-172C, No. 00-40C, No. 01-79C, No. 04-1414C, No. 05-281C, No. 05-448C
(Filed: June 30, 2008)

```
* * * * * * * * * * * * * * * * *
CBS CORPORATION,                 *
                                 *
         Plaintiff,              *
                                 *           No. 01-79C
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
         Defendant.              *
* * * * * * * * * * * * * * * * *
DIRECTV GROUP INC.,              *
                                 *
         Plaintiff,              *
                                 *
v.                               *           No. 04-1414C
                                 *
THE UNITED STATES,               *
                                 *
         Defendant,              *
* * * * * * * * * * * * * * * * *
GENERAL ELECTRIC CO.,            *
                                 *
         Plaintiff,              *
                                 *
v.                               *           No. 99-172C
                                 *
THE UNITED STATES,               *
                                 *
         Defendant,              *
* * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION,      *
                                 *
         Plaintiff,              *
                                 *
v.                               *           No. 00-40C
                                 *
THE UNITED STATES,               *
                                 *
         Defendant,              *
* * * * * * * * * * * * * * * * *
```

```
* * * * * * * * * * * * * * * * *
RAYTHEON COMPANY,                 *
                                  *
              Plaintiff,          *
                                  *
v.                                *      No. 05-448C
                                  *
THE UNITED STATES,                *
                                  *
              Defendant,          *
* * * * * * * * * * * * * * * * *
UNISYS CORPORATION,               *
                                  *
              Plaintiff,          *
                                  *
v.                                *      No. 05-281C
                                  *
THE UNITED STATES,                *
                                  *
              Defendant,          *
* * * * * * * * * * * * * * * * *
```

# O R D E R

As discussed during the June 27, 2008 status conference held in <u>Raytheon v. United States</u>, Case No. 05-448C, the attorneys in all of the above-captioned CAS 413 cases shall be granted, upon proper request, access to briefs, expert testimony, and expert depositions that are subject to the protective orders in all of the above-captioned cases.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge