IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAYTHEON COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No: 05-448C<br>(Judge Firestone) |

**THE DIRECTV GROUP, INC.'S APPLICATION FOR ADMISSION TO PROTECTIVE ORDER**

The DirecTV Group, Inc. ("DIRECTV"), respectfully submits this Application for Admission to the Protective Order dated July 13, 2006 in the above-captioned case. On July 13, 2006, the Court entered a Protective Order governing the disclosure of protected documents and/or information produced by Plaintiff or Defendant during the course of litigation. On June 30, 2008, the Court entered an Order in the above-captioned case stating:

> As discussed during the June 27, 2008 status conference held in Raytheon v. United States, Case No. 05-448C, the attorneys in all of the above-captioned CAS 413 cases shall be granted, upon proper request, access to briefs, expert testimony, and expert depositions that are subject to the protective orders in all of the above-captioned cases.

In this regard, outside counsel for DIRECTV, Alexander F. Wiles, Alan C. Brown, Alan J. Heinrich, and Adam J. Fletcher, seek admission to the Protective Order to obtain access to briefs, expert testimony and expert depositions that are subject to the Protective Order. The Protective Order states that any person, including a person who the Court directs

to have access to the documents and information covered by the Protective Order, to whom Confidential Information is disclosed shall execute an agreement in the form of the confidentiality agreement attached hereto as Exhibit A. Attached as Exhibit A are executed Declarations by Alexander F. Wiles, Alan C. Brown, Alan J. Heinrich and Adam J. Fletcher.

Counsel for DIRECTV is prepared to comply with the Protective Order entered in this case and respectfully requests that the Court grant the admission of Alexander F. Wiles, Alan C. Brown, Alan J. Heinrich, and Adam J. Fletcher to the Protective Order dated July 13, 2006.

Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Attorneys of Record for
THE DIRECTV GROUP, INC.

OF COUNSEL:
Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
(703) 584-3255
(703) 848-8333 (fax)

Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Dated: July 10, 2008

## CERTIFICATE OF FILING

I hereby certify that on the 10th day of July 2008, a copy of the foregoing **APPLICATION FOR ADMISSION TO PROTECTIVE ORDER** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexander F. Wiles
IRELL & MANELLA LLP

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 05-448C**<br>**(Judge Firestone)** |

**DECLARATION OF ALEXANDER F. WILES**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

1. My name is Alexander F. Wiles.

2. My business is Law.

3. My present employer is Irell & Manella LLP.

4. My present occupation or job description is Partner.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

**Exhibit A**
(Page 1 of 2)

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Alexander F. Wiles

Alexander F. Wiles

DATED: July 10, 2008

**Exhibit A**
(Page 2 of 2)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF** Alan C. Brown

| | |
|---|---|
| STATE OF Virginia | ) |
| | ) |
| COUNTY OF Fairfax | ) |

1. My name is Alan C. Brown.

2. My business is practice of law.

3. My present employer is Enterprise Business Law Group, LLC

4. My present occupation or job description is Attorney.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 8, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF** ALAN J. HEINRICH

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

1. My name is ALAN J. HEINRICH.

2. My business is LAW.

3. My present employer is IRELL & MANELLA LLP.

4. My present occupation or job description is attorney.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

**Exhibit A**
(Page 1 of 2)

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 7/10/08

ALAN J. HEINRICH

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 05-448C**<br>**(Judge Firestone)** |

**DECLARATION OF** ADAM J. FLETCHER

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

1. My name is ADAM J. FLETCHER.

2. My business is LAW.

3. My present employer is IRELL & MANELLA LLP.

4. My present occupation or job description is attorney.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

Exhibit A
(Page 1 of 2)

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 7.10.08

ADAM J. FLETCHER