IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-448C<br>Judge Nancy B. Firestone |

**SUPPLEMENT TO GENERAL ELECTRIC COMPANY'S APPLICATION FOR ADMISSION TO PROTECTIVE ORDER**

On July 8, 2008 General Electric Company ("GE") filed an Application for Admission to the Protective Order dated July 13, 2006 in the above-captioned case. At that time GE was unable to submit the requisite confidentiality agreement signed by GE counsel Howard Stanislawski because he was away from the office. GE noted that it would supplement its Application at a later time. Accordingly, attached hereto is a confidentiality agreement signed by Mr. Stanislawski.

July 16, 2008

Respectfully submitted,

Richard D. Bernstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1108
Fax: (202) 303-2000
rbernstein@willkie.com

Attorney of Record for General Electric Company

Of Counsel:
Howard Stanislawski

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8566
Fax: (202) 736-8711

Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
Tel: (703) 584-3255
Fax: (703) 848-833

**CERTIFICATE OF SERVICE**

On July 16, 2008, I caused the foregoing "Supplement to General Electric Company's Application for Admission to Protective Order" to be served via electronic mail (in .pdf format) and first class mail on:

C. Coleman Bird, Esq.
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch/Civil Division
1100 L Street, N.W.
Washington, D.C. 20004
Coleman.Bird@usdoj.gov
Tel: 202-307-0453
Fax: 202-514-7965

Karen L. Manos
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
kmanos@gibsondunn.com
Tel: 202-955-8536
Fax: 202-530-9533

Richard D. Bernstein

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF HOWARD STANISLAWSKI**

DISTRICT OF COLUMBIA )

1. My name is Howard Stanislawski.

2. My business is in a law firm.

3. My present employer is Sidley Austin LLP.

4. My present occupation or job description is Partner.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 11, 2008