**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **Judge Nancy B. Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**GENERAL ELECTRIC COMPANY'S MOTION FOR LIMITED ADMISSION OF EXPERTS AND CONSULTANTS TO PROTECTIVE ORDER**

General Electric Company ("GE") respectfully submits this Motion for Limited Admission of Experts and Consultants to the Protective Order dated July 13, 2006 ("Protective Order") in the above-captioned case. On June 30, 2008, this Court entered an Order granting GE's legal counsel access to confidential materials covered by the Protective Order. GE's counsel received those materials on July 25, 2008. GE's counsel have since reviewed the government expert's reports and deposition in Raytheon v. United States. The expert reports and deposition are dense and involve many technical terms and actuarial discussions. It would therefore be very helpful for GE's counsel to share the government expert's reports and deposition in Raytheon with the following of its experts and consultants: William Keevan, John McQuade and Thomas Terry. The Court is familiar with Messrs. Keevan, McQuade and Terry. At this time, GE is not requesting that these experts and consultants have access to the confidential briefs or any other confidential materials in Raytheon except the government expert's reports and deposition. Like GE's counsel, GE's experts and consultants would submit signed Exhibit A forms, which would bind them to the terms of the Protective Order.

Raytheon does not oppose this motion. The government did not respond to GE's inquiries asking what position the government would take.[1]

GE respectfully requests an expedited ruling on this motion in light of the August 25, 2008 hearing on the surplus transfer summary judgment cross-motions in GE v. United States and the forthcoming briefing on the post-retirement benefits summary judgment motion. A proposed order is appended for the Court's convenience.

July 31, 2008

Respectfully submitted,

Richard D. Bernstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1108
Fax: (202) 303-2000
rbernstein@willkie.com

Attorney of Record for General Electric Company

Of Counsel:
Howard Stanislawski
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8566
Fax: (202) 736-8711

Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
Tel: (703) 584-3255
Fax: (703) 848-833

1 Mr. Bird is on vacation, so GE's inquiries were directed to both Mr. Bird and additional counsel for the government.

**CERTIFICATE OF SERVICE**

On July 31, 2008, I caused the foregoing "General Electric Company's Motion for Admission of Experts and Consultants to Protective Order" to be served via electronic mail (in .pdf format) and first class mail on:

C. Coleman Bird, Esq.
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch/Civil Division
1100 L Street, N.W.
Washington, D.C. 20004
Coleman.Bird@usdoj.gov
Tel: 202-307-0453
Fax: 202-514-7965

Karen L. Manos
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
kmanos@gibsondunn.com
Tel: 202-955-8536
Fax: 202-530-9533

Richard D. Bernstein