1515081.2

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **Judge Nancy B. Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER**

General Electric Company's Motion for Limited Admission of Experts and Consultants to Protective Order is hereby granted. GE's counsel may provide William Keevan, John McQuade and Thomas Terry access to the government expert's reports and deposition in the above-captioned case upon filing of the appropriate Exhibit A forms.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge