IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-448C<br>Judge Firestone |

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of this Court, Plaintiff Raytheon Company ("Raytheon") respectfully requests an enlargement of time for the parties to submit a joint status report in accordance with the Court's July 28, 2008 Order. The Court's Order, dated July 28, 2008, requests that the parties file a joint status report no later than Monday, August 11, 2008, proposing a summary judgment briefing schedule to resolve the PRB issue in the above-captioned case. However, it is Raytheon's understanding that counsel for Defendant has been and will be out of the office until August 11, 2008. In this regard, Raytheon has been unable to discuss its proposed joint status report with Defendant. Therefore, Raytheon requests a one week enlargement of time, up to and including August 18, 2008, for the parties to submit their joint status report. On August 5, 2008, Raytheon notified counsel for Defendant that it intended to file this Motion for Enlargement of Time, however, to date, Raytheon has received no response from Defendant. This is Raytheon's first request for enlargement of time within which to submit a joint status report.

For the reason set forth above, Plaintiff Raytheon Company requests that the Court grant its motion for enlargement of time, up to and including August 18, 2008, for the parties to submit a joint status report in accordance with the Court's July 28, 2008 Order.

Respectfully submitted,

Date: August 6, 2008

s/Karen L. Manos
Karen L. Manos
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan
GIBSON, DUNN & CRUTCHER LLP

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2008, a copy of the foregoing MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christyne K. Brennan
Christyne K. Brennan

100495797_1.DOC