# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: August 11, 2008)**

* * * * * * * * * * * * * * * * * * * *
*
**RAYTHEON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's motion, filed August 6, 2008, for a one week enlargement of time for the parties to file their joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report no later than **Monday, August 18, 2008** proposing a summary judgment briefing schedule to resolve the PRB issue. A concurrent briefing schedule will be set in General Electric v. United States, Case No. 99-172C.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein, Counsel for Plaintiff in General Electric v. U.S., Case No. 99-172C.