IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAYTHEON COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 05-448C<br>Judge Firestone |

PLAINTIFF RAYTHEON COMPANY'S STATUS REPORT

Pursuant to the Court's Order dated July 28, 2008, Plaintiff Raytheon Company respectfully submits this status report. Although the Court's Order requested that the parties file a *joint* status report proposing a summary judgment briefing schedule to resolve the PRB issue in the above-captioned case, the parties conferred and generally disagree on the briefing schedule. Thus, the parties agreed to file separate status reports advising the Court of their proposed briefing schedules.

Plaintiff proposes that the parties simultaneously file cross-motions for summary judgment, followed by simultaneous opposition briefs and replies. Conversely, Defendant has proposed that Plaintiff should be the first to file a motion for summary judgment, after which Defendant would file an opposition and cross-motion for summary judgment. Defendant's stated rationale for insisting that Plaintiff file first is that the Plaintiff bears the burden of proof. However, the moving party typically gets both the first and last word and the non-moving party is limited to a single opposition brief; whereas under Defendant's proposal, Defendant would file two briefs, including the final reply. Plaintiff's proposal would provide each party an equal opportunity to respond to the other party's principal motion and response, as well as to submit a

final reply. Plaintiff respectfully submits that its proposal is a more reasonable and fair approach. Accordingly, Plaintiff proposes the following deadlines:

| | |
|---|---|
| September 30, 2008: | Parties' Cross-Motions for Partial Summary Judgment on the PRB Issue Due |
| November 11, 2008: | Parties' Opposition Briefs Due |
| December 9, 2008: | Parties' Replies Due |

Plaintiff requests that a scheduling order be entered incorporating the deadlines set forth above.

Respectfully submitted,

Date: August 18, 2008

s/Karen L. Manos
Karen L. Manos
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan
GIBSON, DUNN & CRUTCHER LLP

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christyne K. Brennan
Christyne K. Brennan