**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-448C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S STATUS REPORT**

As directed by the Court's orders dated July 28 and August 11, 2008, defendant, the United States, respectfully submits this Status Report to propose a summary judgment briefing schedule to resolve the PRB issue. Defendant is submitting this status report on its own behalf because the parties have discussed but were not able to agree upon a schedule that they could jointly recommend for the Court's consideration.

Defendant proposes the following schedule for the resolution of the PRB issue:

| | |
|---|---|
| September 30, 2008 | Raytheon to file summary judgment motion on PRB issue |
| November 21, 2008 | Defendant to file its opposition and any cross-motion on PRB issue |
| December 19, 2008 | Raytheon to file its reply in support of its motion and its opposition to any cross-motion filed by defendant |
| January 16, 2009 | Defendant to file its reply in support of any cross-motion |

This is a reasonable and workable schedule, and should be adopted.

The Court will recall that there was considerable discussion at the June 27, 2008 status conference regarding the summary judgment briefing schedule for the PRB issue. In that discussion, Raytheon agreed that it would go first on the PRB issue. In response to the Court's question, after defendant's counsel had argued that Raytheon should go first on the PRB issue

because Raytheon was the party claiming entitlement and had the burden of going forward, Raytheon's counsel stated.: "Your Honor, I have no objection to going first on that PRB issue." Transcript of June 27, 2008 Status Conference, pp. 13-14 (Attachment No. 1).

On July 29, 2008, Raytheon proposed to the Government to submit a joint status report recommending a briefing schedule under which Raytheon would go first by filing its summary judgment motion on the PRB issue on September 30, 2008. See E-Mail Message dated July 29, 2008, from C. Brennan to C. Bird (Attachment No. 2). In response, in an August 13 telephone conversation with Raytheon's counsel, the Government proposed the schedule recommended above. Even though Raytheon had agreed with the Court that it would go first, Raytheon's counsel objected to the Government's proposed schedule and stated that the parties should file simultaneous motions for summary judgment. Later that same day (August 13), Raytheon's counsel sent an e-mail message that stated in part: "We disagree with your proposed summary judgment briefing schedule to resolve the PRB issue in which Raytheon would be the first to file a motion for summary judgment. As I stated, it is our position that the parties should simultaneously file motions for summary judgment." E-Mail Message dated August 13, 2008 from C. Brennan to C. Bird (Attachment No. 3).

Raytheon should be required to file the first motion on the PRB issue as it agreed in Court. The Court should reject the simultaneous summary judgment procedure that Raytheon proposes. This procedure is contrary to this Court's established practice for cross-motions (see RCFC 7.2(e)), multiplies the number of briefs that the Court is required to review (from four to six), and, most important, raises the real possibility that the parties will not directly confront and address in a systematic fashion the arguments raised by the other side.

For these reasons, the Court should reject Raytheon's belated suggestion of simultaneous briefing, and should adopt the schedule recommended above.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
by s/ Franklin E. White
KIRK T. MANHARDT
Assistant Director

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005-2451

Dated: August 18, 2008

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov
Attorneys for Defendant United States

**Index to Attachments**

| | |
|---|---|
| Attachment 1 | Excerpt from Transcript of June 27, 2008 Status Conference, pp. 13-14 |
| Attachment 2 | E-Mail Message dated July 29, 2008, from C. Brennan to C. Bird |
| Attachment 3 | E-Mail Message dated August 13, 2008 from C. Brennan to C. Bird |

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of August, 2008, a copy of the foregoing Defendant's Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird

# ATTACHMENT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 05-448C |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Courtroom 6, Room 507
National Courts Building
717 Madison Place, N.W.
Washington, D.C.

Friday,
June 27, 2008

The parties met, pursuant to notice of the Court, at 10:35 a.m.

BEFORE: HONORABLE NANCY B. FIRESTONE
Judge

APPEARANCES:

For the Plaintiff:

KAREN L. MANOS, Esquire
CHRISTYNE BRENNAN, Esquire
Gibson Dunn
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8536

For the Plaintiff General Electric:

RICHARD D. BERNSTEIN, Esquire
Willkie Farr & Gallagher, LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1108

APPEARANCES: (Cont'd.)

<u>For the Defendant</u>:

C. COLEMAN BIRD, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., Room 11046
Washington, D.C. 20005
(202) 307-0453

<u>Also for the Defendant</u>:

LAURENCE S. RABYNE
Defense Contract Management Agency
1523 West Central Road
Arlington Heights, Illinois 60005
(847) 625-8212

12, or do we need to then get a schedule done so that we're done by the spring with regard to what should be then a bunch of less dramatic issues in terms of complexity and far reaching ramifications, okay?

MR. BIRD: Your Honor, I think it would make sense to resolve the PRB issue --

THE COURT: First.

MR. BIRD: -- first because it's about 20 percent of the total claim is in the PRB issues.

THE COURT: All right. So, Mr. Bird, if the government doesn't believe that PRBs are included, what is your schedule? I mean, can you get a brief done on this issue?

MR. BIRD: Your Honor, I may not agree with it, but I think I can understand the Court's thinking as to these other issues.

THE COURT: But on PRBs?

MR. BIRD: But on PRBs that's clearly an issue where Raytheon should go first. It's their burden, they're the claimant, they're asserting it, and they claim entitlement and they should defend that entitlement by going first in a summary judgment motion.

THE COURT: Okay. Ms. Manos?

MS. MANOS: Your Honor, I have no objection

to going first on that PRB issue.

THE COURT: On that issue.

MS. MANOS: However, there is a threshold issue, which is we've moved to disqualify the person that they've named as an expert, which I think we need to resolve before so we know whether we're anticipating his arguments or anticipating Mr. Bird's arguments, which are basically one in the same, but just to make sure.

THE COURT: Okay. Mr. Bird has not had an opportunity to respond to Raytheon's attempt to disqualify Mr. England, so, I mean, I think you told us that you were planning on responding to that?

MR. BIRD: Yes, Your Honor, we very much intend to respond, and under the rules we would have until July 7 to respond.

THE COURT: Right. And then you would have I think, what is it, a week or two, thereafter? Right. All right. So why don't we do that and we'll get that issue resolved in August, all right? At that resolution, what we will then do is set the schedule, but anticipate you'll be filing a brief some time in September so you can start writing, all right?

You will have my commitment that that will be resolved by the end of the fall.

# ATTACHMENT 2

**Bird, Coleman (CIV)**

---

**From:** Brennan, Christyne K. [CBrennan@gibsondunn.com]
**Sent:** Tuesday, July 29, 2008 10:13 AM
**To:** Bird, Coleman (CIV)
**Cc:** Manos, Karen L.; lawrence.rabyne@dcma.mil
**Subject:** Raytheon v. U.S.: Joint Status Report
**Attachments:** JSR.DOC

Coleman -

The Court's July 28, 2008 Order requests that the parties submit a joint status report with a proposed summary judgment briefing schedule to resolve the PRB issue. The JSR is due August 11. Attached is the proposed JSR for your review. Please let me know that you agree with this JSR so that we may timely file it with the Court.

Thank you.

<<JSR.DOC>>

Christyne

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com

"MMS <Gibsondunn.net>" made the following annotations.
---------------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
==================================================================

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **RAYTHEON COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 05-448C**<br>**Judge Firestone** |

**JOINT STATUS REPORT**

Plaintiff Raytheon Company and Defendant United States of America have conferred and Plaintiff hereby submits the following joint status report:

Pursuant to the Court's Order dated July 28, 2008, wherein the Court requested that the parties propose a summary judgment briefing schedule to resolve the PRB issue in the above-captioned case, the parties propose the following deadlines:

September 30, 2008: Plaintiff's Motion for Summary Judgment on the PRB issue due

November 11, 2008: Defendant's Response to Plaintiff's Motion for Summary Judgment on the PRB issue due

December 9, 2008: Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment on the PRB issue due

Defendant' s counsel has authorized undersigned counsel to represent to the Court that Defendant agrees with the statements made herein.

Respectfully submitted,

Date: August ___, 2008

_______________________________

Karen L. Manos
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney of Record for Plaintiff
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan
GIBSON, DUNN & CRUTCHER LLP

CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of August, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______________________________
Christyne K. Brennan

100491656_1.DOC

# ATTACHMENT 3

**Bird, Coleman (CIV)**

**From:** Brennan, Christyne K. [CBrennan@gibsondunn.com]
**Sent:** Wednesday, August 13, 2008 3:06 PM
**To:** Bird, Coleman (CIV)
**Cc:** lawrence.rabyne@dcma.mil; Manos, Karen L.
**Subject:** Raytheon v. US

Coleman -

We disagree with your proposed summary judgment briefing schedule to resolve the PRB issue in which Raytheon would be the first to file a motion for summary judgment. As I stated, it is our position that the parties should simultaneously file motions for summary judgment. Therefore, as we discussed, we will file a separate status report.

Christyne

Christyne K. Brennan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8685 (Voice)
(202) 530-9627 (Fax)
cbrennan@gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.