**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 99-172C**<br>**Judge Firestone** |

| | | |
|---|---|---|
| **RAYTHEON COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 05-448C**<br>**Judge Firestone** |

**GENERAL ELECTRIC COMPANY'S RESPONSE TO RAYTHEON'S AND THE GOVERNMENT'S AUGUST 18, 2008 STATUS REPORTS**

By order dated June 27, 2008, this Court specified that there will be a "concurrent briefing schedule" in both of the above-captioned cases with regard to summary judgment on the Post-Retirement Benefit ("PRB") issues. On August 18, 2008, Raytheon and the Government submitted Status Reports proposing summary judgment briefing schedules. GE is prepared to comply with either of the briefing schedules proposed by Raytheon and the Government or with whatever concurrent briefing schedule the Court sets for Raytheon and this case.

August 19, 2008

Respectfully submitted,

Richard D. Bernstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1108
Fax: (202) 303-2000
rbernstein@willkie.com

Attorney of Record for General Electric Company

Of Counsel:
Howard Stanislawski
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8566
Fax: (202) 736-8711

Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
Tel: (703) 584-3255
Fax: (703) 848-833

**CERTIFICATE OF SERVICE**

On August 19, 2008, I caused the foregoing "General Electric Company's Response to Raytheon's and the Government's August 18, 2008 Status Reports" to be served via electronic mail (in .pdf format) and first class mail on:

C. Coleman Bird, Esq.
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch/Civil Division
1100 L Street, N.W.
Washington, D.C. 20004
Coleman.Bird@usdoj.gov
Tel: 202-307-0453
Fax: 202-514-7965

Karen L. Manos
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
kmanos@gibsondunn.com
Tel: 202-955-8536
Fax: 202-530-9533

Richard D. Bernstein
_______________________
Richard D. Bernstein