# In the United States Court of Federal Claims

**No. 05-448C**
**(Filed: August 20, 2008)**

* * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to the court's order each party filed a status report on August 18, 2008 proposing a summary judgment briefing schedule to resolve the PRB issue. After consideration of each of the proposed briefing schedules, the court adopts the government's proposed schedule. Accordingly, the deadlines are as follows:

| | |
|---|---|
| **September 30, 2008** | Raytheon shall file a motion for summary judgment on the PRB issue. |
| **November 21, 2008** | Defendant shall file its opposition to Raytheon's motion and its cross-motion. |
| **December 19, 2008** | Raytheon shall file its reply in support of its motion for summary judgment and its opposition to defendant's cross-motion. |
| **January 16, 2009** | Defendant shall file its reply in support of its cross-motion. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein, Counsel for Plaintiff in General Electric v. U.S., Case No. 99-172C.